## IN THE UNITED STATES BANRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE:

**JOHANNA CARRERAS FIGUEROA**
**OSVALDO MOREL GONZALEZ**
Debtor (s)

**CASE: 19-05336 MCF**

**CHAPTER 13**

### NOTICE OF AMENDMENT OF PAYMENT PLAN

**TO THE HONORABLE COURT:**

**COMES NOW** debtor(s) through their legal representation and very respectfully states as follows:

1. That Debtor filed for relief under 11 U.S.C Chapter 13 of the Bankruptcy Code on September 18th, 2019. Joint Debtor filed for relief under 11 U.S.C Chapter 13 of the Bankruptcy Code on November 6th, 2019. Order consolidated cases was entered on December 6th, 2019.

2. Debtor(s) are amending payment plan to correct and include the following sections:

    a. part 2.1 to increase base
    b. part 3.1 to eliminate provision to BPPR
    c. part 3.7 to correct amount of claim to Pentagon
    d. Part 4.6 to provide information of vehicle insurance
    e. Part 5.1 to provide for liquidation value of case
    f. part 8.2 to include tax refund language

3. Attached to this notice, debtor(s) respectfully submits amended payment plan.

### *21 DAYS NOTICE*

Within twenty one (21) days after service as evidence by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law. (2) The requested relief is against public policy; or (3) in the opinion of the

Court, the interest of justice requires otherwise. If you file a timely response, the court may-in its discretion-schedule a hearing.

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto. This certificate of service is filed to comply with the Honorable Court's General Order 03-01 that requires that this certificate of service be filed no later than three (3) days after the service of the plan referred to above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** On this same date I have filed this motion electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee and that we have sent copy of this document through regular mail to all non CM/ECF participants interested parties to their address of record.

In Juncos, Puerto Rico this 26th day of March of 2020.

> ADELA L TORRUELLA LAW OFFICE,
> PSC
> PO BOX 4040 SUITE 305
> JUNCOS, PR 00777
> Tel: (787)713-1892
> Cel: (787) 648-2335
> adela4za@yahoo.com
> ELECTRONICALLY FILED
> S/ Adela L Torruella,
> USDC- PR 200203

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:
**JOHANNA CARRERAS FIGUEROA**
**OSVALDO MOREL GONZALEZ**

xxx-xx-8828
xxx-xx-8468

Puerto Rico Local Form G

Chapter 13 Plan dated **March 26, 2020**

Case No.: **19-05336 MCF**

Chapter 13

☑ Check if this is a pre-confirmation amended plan

☐ Check if this is a post confirmation amended plan
Proposed by:
☑ Debtor(s)
☐ Trustee
☐ Unsecured creditor(s)

If this is an amended plan, list below the sections of the plan that have been changed.
part 2.1 to increase base
part 3.1 to eliminate provision to BPPR
part 3.7 to correct amount of claim to Pentagon
Part 4.6 to provide information of vehicle insurance
Part 5.1 to provide for liquidation value of case
part 8.2 to include tax refund language

## PART 1: Notices

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## PART 2: Plan Payments and Length of Plan

| Debtor | **JOHANNA CARRERAS FIGUEROA** | | Case number | **19-05336 MCF** |
|---|---|---|---|---|
| | **OSVALDO MOREL GONZALEZ** | | | |

2.1     **Debtor(s) will make payments to the trustee as follows:**

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| $440.00 | Months **1** through **12** | $5,280.00 | |
| $530.00 | Months **13** through **60** | $25,440.00 | |
| Subtotals | **60** Months | $30,720.00 | |

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2     **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply*
☐ Debtor(s) will make payments pursuant to a payroll deduction order.
☑ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment): _____

2.3     **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4     **Additional payments:**

*Check one.*
☑     **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART3: Treatment of Secured Claims

3.1     **Maintenance of payments and cure of default, if any.**

*Check one.*
☑     **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

3.2     **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

☑     **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

3.3     **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑     **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4     **Lien Avoidance.**

*Check one.*
☑     **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5     **Surrender of collateral.**

*Check one.*
☐     **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑     The Debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor(s) request that upon confirmation of this plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Debtor | **JOHANNA CARRERAS FIGUEROA** | Case number | **19-05336 MCF** |
|---|---|---|---|
| | **OSVALDO MOREL GONZALEZ** | | |

| Name of creditor | Collateral |
|---|---|
| **AEELA** | **SHARES: AEELA** |

*Insert additional claims as needed.*

3.6  **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

☑ Payments pursuant to 11 USC §1326(a)(1)(C):

| Name of secured creditor | $ Amount of APMP | Comments |
|---|---|---|
| **PENTAGON FEDERAL CREDIT UNION** | **150.00** | **2016 TOYOTA HIGHLANDER** |

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7  **Other secured claims modifications.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

☑ Secured claims listed below shall be modified pursuant to 11 U.S.C. § 1322(b)(2) and/or § 1322(c)(2). Upon confirmation, the trustee shall pay the allowed claim as expressly modified by this section, at the annual interest rate and monthly payments described below. Any listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If no monthly payment amount is listed below, distribution will be prorated according to plan section 7.2.

| Name of creditor | Claim ID# | Claim Amount | Modified interest rate | Modified term (*Months*) | Modified P&I | Property taxes (*Escrow*) | Property Insurance (*Escrow*) | Total monthly payment | Estimated total PMTs by trustee |
|---|---|---|---|---|---|---|---|---|---|
| **CRIM** | **8828** | **$1,928.82** ☑ To be paid in full 100% | | | | | | Starting on Plan Month | **$1,928.82** |
| **PENTAGON FEDERAL CREDIT UNION** | **1-81-7** | **$18,705.25** ☑ To be paid in full 100% | | | | | | Starting on Plan Month | **$18,705.25** |

## PART 4: Treatment of Fees and Priority Claims

4.1  **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2  **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3  **Attorney's fees**

*Check one.*

| Debtor | **JOHANNA CARRERAS FIGUEROA** <br> **OSVALDO MOREL GONZALEZ** | Case number | **19-05336 MCF** |
|---|---|---|---|

☑ **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

☐ **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | $ **140.00** |
| Balance of attorney's fees to be paid under this plan are estimated to be: | $ **3,860.00** |
| If this is a post-confirmation amended plan, estimated attorney's fees: | $ |

4.4 **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

4.5 **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6 **Post confirmation property insurance coverage**

*Check one.*
☐ **None.** *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

☑ The Debtor(s) propose to provide post confirmation property insurance coverage to the secured creditors listed below:

| Name of creditor insured | Insurance Company | Insurance coverage beginning date | Estimated insurance premium to be paid | Estimated total payments by trustee |
|---|---|---|---|---|
| **PENTAGON FEDERAL CREDIT UNION** | **CENTRAL CREDIT COPR** | **07/22/2019** | **$671.11** <br> Disbursed by: <br> ☐ Trustee <br> ☑ Debtor(s) | **$0.00** |

*Insert additional claims as needed.*

## PART 5: Treatment of Nonpriority Unsecured Claims

5.1 **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

☐ The sum of $
☐ ____% of the total amount of these claims, an estimated payment of $____.
☐ The funds remaining after disbursements have been made to all other creditors provided for in this plan.
☑ If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately **$ 2,718.00.**

5.2 **Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

| Debtor | **JOHANNA CARRERAS FIGUEROA** | Case number | **19-05336 MCF** |
|---|---|---|---|
| | **OSVALDO MOREL GONZALEZ** | | |

**5.3**     **Other separately classified nonpriority unsecured claims.**
*Check one.*

       ☑    **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1**     The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

*Check one.*

       ☑    **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1**     **Property of the estate will vest in the Debtor(s) upon**
*Check the appliable box:*
☐   Plan confirmation.
☑   Entry of discharge.
☐   Other: _____

**7.2**     **Plan distribution by the trustee will be in the following order:**
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – Arrearage payments
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1**     Check "None" or list the nonstandard plan provisions
       ☐    **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.
**8.2 This Section modifies LBF-G, Part 3: Retention of Lien: The lien holder of any allowed secured claim, provided for by the plan, in its Part 3, will retain its lien according to the terms and conditions required by 11 USC 1325(a)(5)(B)(i)(I) & (II).**

| Debtor | **JOHANNA CARRERAS FIGUEROA** | Case number | **19-05336 MCF** |
|---|---|---|---|
| | **OSVALDO MOREL GONZALEZ** | | |

**8.3 This Section modifies LBF-G, Part 2, Section 2.3: Income Tax Refunds to be used to fund the plan:** Tax refunds will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further Notice, Hearing or Court Order. If the Debtor(s) need(s) to the use all or portion of such "Tax Refunds", Debtor(s) shall seek Court's authorization prior to any use of funds.

*additional lines as needed.*

## PART 9: Signature(s)

/s/ ADELA L TORRUELLA                                Date    **March 26, 2020**
**ADELA L TORRUELLA USDCPR200203**
Signature of Attorney of Debtor(s)


/s/ JOHANNA CARRERAS FIGUEROA               Date    **March 26, 2020**
**JOHANNA CARRERAS FIGUEROA**


/s/ OSVALDO MOREL GONZALEZ                    Date    **March 26, 2020**
**OSVALDO MOREL GONZALEZ**

By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.

JOHANNA CARRERAS FIGUEROA
URB OLYMPIC VILLE
BUZON 153
LAS PIEDRAS, PR 00771

KINUM INC
770 LYNNHAVEN PKWY
SUITE 160
VIRGINIA BEACH, VA 23452

OSVALDO MOREL GONZALEZ
URB OLYMPIC VILLE
BUZON 153
LAS PIEDRAS, PR 00771

MIDLAND CREDIT MANAGEMENT INC
2365 NORTHSIDE DRIVE SUITE 300
SAN DIEGO, CA 92108

ADELA L TORRUELLA
ADELA TORRUELLA LAW OFFICES PSC
PO BOX 4040
SUITE 305
JUNCOS, PR 00777

PENTAGON FEDERAL CREDIT UNION
BOX 1432
ALEXANDRIA, VA 22313-2032

AEELA
PO BOX 364508
SAN JUAN, PR 00936-4508

PENTAGON FEDERAL CREDIT UNION
PO BOX 1445
ALEXANDRIA, VA 22313-2045

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936

SCOTIABANK
PO BOX 362230
SAN JUAN, PR 00936

BPPR
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR 00936-6818

TOYS R US/SYNCHRONY BANK
PO BOX 965060
ORLANDO, FL 32896-5060

CICA COLLECTION AGENCY, INC
PO BOX 12338
SAN JUAN, PR 00914-0338

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

HOSPITAL ORIENTE INC
PO BOX 699
HUMACAO, PR 00792