## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOHANNA CARRERAS FIGUEROA

DEBTOR _____

*     **CASE NO.: 19-05336 MCF**

*     **CHAPTER 13**

*

*

*

### OBJECTION TO CLAIM NUMBER 1-2 FILED BY BANCO POPULAR DE PR

**TO THE HONORABLE COURT:**

    **COMES NOW** Debtor through his undersigned attorney and respectfully alleges and prays:

1. On **September 18ʰ, 2019** Debtor filed for relief under Chapter 13 of the Bankruptcy code. Debtor duly included in her schedules her residential property located at Urb Olympic Ville C-9, Las Piedras, PR. This property was acquired by Debtor on July 12, 2016.

2. On **October 16, 2019** Banco Popular de PR filed claim number one (1) as a general unsecured claim in the amount of $100,318.13. The documents attached to the claim are copies of the promissory note and the mortgage deed. No evidence of perfection of security was filed with the court, to wit, no certificate of the registry of the property nor a title search. See copy of claim number 1 attached herein and identified as **Exhibit I.**

3. On **October of 2019**, we instructed Debtor to go personally to the Registry of the Property of Humacao to corroborate if the residential property was or not registered under her name in the registry of the property. Debtor informed that the technician that help her could not find any kind of deeds, to wit, purchase and sale deed and homestead protection act nor mortgage registered under her name. Debtor showed the technician copy of the purchase and sale deed and nothing appeared registered. See unsworn declaration under penalty of perjury signed by Debtor explaining the facts she went through in the registry of the property attached herein and identified as **Exhibit II.**

4. In view of the above, we ordered a title search of the property from Lord Title Service Co. The same was issued on **December 30, 2019** and demonstrate

there were no documents registered under Debtor's name in said property. See copy of Title search prepared by Lord Title and identified as **Exhibit III.**

5.  The amended chapter 13 plan dated **March 26, 2020** (Docket entry No. 32) was duly confirmed on **May 26, 2020**, (Docket entry No.43). See copy of confirmation order identified as **Exhibit IV.**

6.  Considering the unsecured classification of this claim filed by Banco Popular and duly corroborated in the Registry of the Property through various means, Debtor, who was current with her mortgage payments, stopped making the monthly mortgage payments to Banco Popular as the claim was unsecured and in order so the proposed amended chapter 13 plan could be confirmed.

7.  Then on **September 29, 2022,** more than three (3) years from the filing of the petition, Banco Popular de PR filed amended claim number 1-2 changing the classification of the claim from unsecured to secured in the amount of $100,318.13 and included arrears up to the date of the petition in the amount of $836.00.

8.  Debtor objects to the allowance of the amended claim 1-2 filed on September 29, 2022 for the following reasons:

    a.  The court must take into consideration the time frame from the filing of the petition in September 18, 2019, the filing of Banco Popular de PR's claim number one (1) dated October 16, 2019 classified as unsecured, the confirmation order dated May 26, 2020 and the filing of the amended claim classified as secured on September 29, 2022.

    b.  Section 1327 of the Bankruptcy Code states as follows: *"§1327 Effect of Confirmation (a)* <u>*The provisions of a confirmed plan bind the*</u> <u>*debtor and each creditor*</u>*, whether or not the claim of such creditor is provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan. -----(b)......(c).....* The confirmed amended chapter 13 plan March 26, 2020 is binding in the instant case between debtor and Banco Popular.

    c.  Banco Popular is precluded from amending their claim three (3) years later to change the classification from unsecured to secured as by the date of the filing of the petition on September 18, 2019, the deeds in possession of the bank and in the registry of the property of Humacao **contained an error in the legality of the identification of the property** **bought by Debtor at Urb Olimpic Ville C-9 Las Piedras, PR, which**

**prevented the inscription of the purchase and sale deed and the mortgage deed in accordance to law**. Also, section 362 of the Bankruptcy Code establishes the automatic stay order which prohibits the continuation or enforcement of any act against the estate in a bankruptcy case.

d.     The amended secured claim filed by Banco Popular has an attached private title search dated September 7, 2022, which contains information still contradictory in the two deeds, the purchase and sale deed and homestead protection act Number 300 before Notary Public Jorge Fernando Colon Muntaner and the mortgage deed number 369 before Notary Public Priscilla M. Santiago Acosta, both deeds dated July 12, 2016. See copy of the title search dated September 7, 2022 attached herein and identified as **Exhibit V.**

e.     The property number contained in the description of the purchase and sale deed dated July 12, 2016 appears as **Property number 14,436** of the Registry of the Property of Humacao. Please refer to page two (2) of the Purchase and sale Deed. See copy of said deed attached herein and identified as **Exhibit VI.**

f.     An electronic search made at KARIBE dated October 25, 2019 demonstrates that both deeds were apparently presented on **Property number 14,436**. See copy of said document identified as **Exhibit VII**.

g.     The property number in the description of the property in the mortgage deed dated July 12, 2016 appears as **Property number 14,636** of the Registry of the Property of Humacao.  Please refer to page number fifteen (15) of the amended claim.  See page four (4) of the mortgage deed accompanied herein and identified as **Exhibit VIII**.

h.     *"The Real Estate Property Registry Act of the Commonwealth of Puerto Rico"*, Act No. 210 of December 8, 2015, as amended and the *"General Regulation for the Execution of the Property Registry Law Real Estate of the Commonwealth of Puerto Rico"* Regulation No. 8814 approved on August 31, 2016, as amended, provide the legal basis and procedures to be complied by the Notaries Public and specifically the Registrars of the Properties in order to inscribe, annotate and cancel the legal acts contained in the documents presented before him/her.

i.   "*Article 235 of the Real Estate Property Registry Act states — Defects that prevent registration*. (30 L.P.R.A. § 6387) (30 Annotated Laws of PR Sect 6387) The defects that prevent registration are the following: **1. Those that cause the non-existence, nullity or nullity of the act, contract or the document presented. 2. Those originating from Registry obstacles. 3. Those originating from legal provisions. 4. Not presenting the necessary complementary documents. 5. Failure to prove compliance with the formalities required by law.**" In the instant case, the majority of the above sated defects were present at the time of the filing of the petition in September 18, 2019, and as such prevented the registration of the deeds under the name of Debtor.

j.   The title search dated September 7, 2022 provided with the amended claim by Banco Popular de PR, does not state the date when the Registrar of the Property registered the controverted deed number 300 of purchase and sale deed and homestead protection act and deed number 369, mortgage deed. Please refer to **Exhibits VII and VIII.**

k.   A history of the **property number 14636** obtained in KARIBE dated October 4, 2022 indicates that the Registrar of the Property, Miguel A Hernandez Sanabria registered on June 15, 2020, documents at inscriptions numbers 6, 7, 8, and 9.   All the documents appear registered at **property number 14,636**. See copy of the Certificate of Karibe identified as **Exhibit IX.**

l.   At inscription eight (8) it appears the inscription of deed number 300 of Purchase and Sale and Homestead Protection Act executed before notary public Jorge Fernando Colon Muntaner on July 12, 2016, which describes the property as **property number 14,436.** Notwithstanding, there is no mention in inscription eight (8) as to the correction of the property number in said deed was duly made in accordance to law by Notary Public Colon Muntaner in a Notarial Act or a Ratification Act.   Without this correction in the purchase and sale deed the mortgage deed could not be registered as there would be no successive tract.

m.   The Registrar of the Property has mainly the duty, among others, to qualify the documents as to the legality and errors in the documents

in order to give entrance of any legal action to the Registry of the Property. He/she is a public officer which is prohibited from making any pro se changes, as he must notify the notary public to correct any error. As stated before, there is no mention nor evidence of any notification to the Notary Public and or any complementary documents to correct the incongruency as to property numbers.

n. The disparity in the identification of the property number in these legal documents or deeds would prevent the inscription of the deeds, whether the purchase and sale deed and or the mortgage deed.

o. Banco Popular has not provided any evidence that shows the above stated discrepancies in the property number in both deeds were legally corrected and or amended by the Notaries Public Jorge Fernando Colón Muntaner (Purchase and sale deed) and Priscilla M. Santiago Acosta (Mortgage deed).

9. It is our position, the action made by the Registrar of the Property on July 20, 2020 registering inscriptions 8 and 9 is controversial and apparently could be prohibited or null, as suddenly it appears as correct the controverted property numbers description in the **purchase and sale deed which appears as 14,436** and the **mortgage deed which appears as 14,636**, both deeds dated July 12, 2016. There is no evidence nor history of corrections and or amendments done and required by the Mortgage Law of Puerto Rico and its regulation. As there could be several scenarios, if the Purchase and sale deed was not duly corrected then the mortgage deed could not have been duly inscribed and or vice versa. This information is essential to the legality of the alleged and or miraculous inscription of both deeds.

10. It cannot be denied, that the change in classification of this claim No 1-2 without any explanation to the court, from unsecured to a very questionable secured status by Banco Popular de PR now in September of 2022, that is three (3) years after the filing of the petition, has caused a substantial harm to Debtor as she is under great emotional distress. Please note she was induced to take a legal decision as to stop the payments of the mortgage on her only residential property and now it would appears she owes around $20,000.00 in arrears.

11. Debtor objects to the allowance of amended claim number 1-2 filed by Banco Popular de PR in the secured amount of $100,318.13 as the same has not been

accompanied by supporting legal evidence that demonstrate the Notaries Public have complied with the legal process and regulations of the *The Real Estate Property Registry Act of the Commonwealth of Puerto Rico"*, Act No. 210 of December 8, 2015, as amended and the *"General Regulation for the Execution of the Property Registry Law Real Estate of the Commonwealth of Puerto Rico"* Regulation No. 8814

**WHEREFORE**, in view of all the circumstances stated above, it is very respectfully requested from this Honorable Court to enter an order granting this objection to amended claim Number 1-2 filed by Banco Popular de PR and disallow the same. Also, to enter a separate order to Banco Popular de PR and its legal representation, Martinez & Torres Law Offices, Inc and to the Registrar of the Property of Humacao to cancel inscriptions number eight (8) and (9) dated on July 20, 2020 in the Registry of the Property of Humacao in property number 14,636 and with any other remedy in law which deems appropriate in this case.

## NOTICE

**Parties in interest are hereby granted thirty (30) days from the date of notice to oppose the motion and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed the Court will schedule the motion for a hearing as a contested matter.**

**I HEREBY CERTIFY** that on this same date I electronically filed this Motion with the Clerk of the Court using the CE/ECF system which will send notification of such filing to the Chapter 13 Trustee and that we have sent copy of this document through regular mail to all non CM/EFC participants interested parties to their address of record.

In Juncos, Puerto Rico this 14th day of October of 2022.

ADELA L TORRUELLA LAW OFFICE, PSC
PO BOX 4040 SUITE 305
JUNCOS, PR 00777
Tel: (787)734-7707
Fax: (787)561-3601
adela4za@yahoo.com

ELECTRONICALLY FILED

S/ Adela L Torruella,
USDC- PR 200203

0368

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | JOAHANNA CARRERAS FIGUEROA |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Puerto Rico (State) |
| Case number | 19-05336-MCF 13 |

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

The law requires that filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:  Identify the Claim

**1. Who is the current creditor?**

Banco Popular de Puerto Rico
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Banco Popular de Puerto Rico
Name

PO BOX 192938
Number     Street

San Juan          PR          00919-2938
City          State          ZIP Code

Contact phone  787-767-8244

Contact email quiebrasmt@martineztorreslaw.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**Where should payments to the creditor be sent? (if different)**

Banco Popular de Puerto Rico
Name

PO BOX 362708
Number     Street

San Juan          PR          00936-2708
City          State          ZIP Code

Contact phone  787-775-1100

Contact email  N/a

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

*Exhibit I*

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>0</u>  <u>3</u>  <u>6</u>  <u>8</u> |

7. **How much is the claim?**  $ <u>100,318.13</u>   **Does this amount include interest or other charges?**
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   <u>Mortgage</u>

9. **Is all or part of the claim secured?**

   ☑ No
   ☐ Yes.   The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**  $ _____
   **Amount of the claim that is secured:**  $ _____
   **Amount of the claim that is unsecured:**  $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**  $ _____

   **Annual Interest Rate (when case was filed)** _____ %
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**

    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

11. **Is this claim subject to a right of setoff?**

    ☑ No
    ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | Amount entitled to priority |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/16/2019
                 MM / DD / YYYY

/s/ Sarah M. Vega Bonilla
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Sarah M. Vega Bonilla | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Creditor's Attorney | | |
| Company | Martínez & Torres Law Offices, P.S.C. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | PO BOX 192938 | | |
| | Number        Street | | |
| | San Juan, PR 00919 | | |
| | City | State | ZIP Code |
| Contact phone | 787-767-8244 | Email | svega@martineztorreslaw.com |

# Mortgage Proof of Claim Attachment:

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

## Part 1: Mortgage and Case Information

| | |
|---|---|
| Case number: | 19-05336MCF |
| Debtor 1: | JOHANNA CARRERAS FIGUEROA |
| Debtor 2: | |
| Last 4 digits to indentify | 0368 |
| Creditor: | Banco Popular de Puerto Rico |
| Servicer: | Banco Popular de Puerto Rico |
| Fixed interest/other | Fixed accrual |
| Fixed accrual/daily simple interest/other | |

## Part 2: Total Debt Debt Calculation

| | |
|---|---|
| Principal balance: | $99,594.87 |
| Interest due: | $448.86 |
| Fees, cost due: | $274.40 |
| Escrow deficiency for funds advanced: | $0.00 |
| Less total funds or hand: | $0.00 |
| Total debt: | $100,318.13 |

## Part 3: Arrearage as of Date of the Petition

| | |
|---|---|
| Principal & interest due: | $475.59 |
| Prepetition fees due: | $274.40 |
| Escrow deficiency for funds advanced: | $0.00 |
| Projected escrow shortage: | $86.01 |
| Less funds on ha | $0.00 |
| Total prepetition arrearage: | $836.00 |

## Part 4: Monthly Mortgage Payment

| | |
|---|---|
| Principal & interes | $475.59 |
| Monthly escrow: | $44.94 |
| Private Mortgage Insurance | $41.07 |
| Total monthly payment: | $561.60 |

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int, & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal Balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/27/2017 | | | $13.52 | Inspection | | $0.00 | | | | $13.52 | | | | | $13.52 | |
| 12/4/2018 | | | $13.52 | Inspection | | $0.00 | | | | $13.52 | | | | | $27.04 | |
| 1/15/2019 | | | $13.52 | inspection | | $0.00 | | | | $13.52 | | | | | $40.56 | |
| 1/29/2019 | | | $13.52 | Inspection | | $0.00 | | | | $13.52 | | | | | $54.08 | |
| 3/1/2019 | | | $13.52 | Inspection | | $0.00 | | | | $13.52 | | | | | $67.60 | |
| 8/20/2019 | | | $10.00 | Non Suficient | | $0.00 | | | | $10.00 | | | | | $77.60 | |
| 9/1/2019 | $561.60 | | | Payment Due | | $561.60 | | | | $0.00 | | | | | $77.60 | |
| 9/18/2019 | | | $150.00 | BK Fees | | $561.60 | | | | $150.00 | | | | | $227.60 | |
| 9/18/2019 | | | $46.80 | Title Search | | $561.60 | | | | $46.80 | | | | | $274.40 | |

Mortgage Proof of Claim Attachment

```
Banco Popular de Puerto Rico
PO BOX 362708
San Juan PR 00936-2708
Teléfono (787) 775-1100

Escrow Analysis Statement
Loans Based Under Bankrupty


Petition Date: 09-18-19

Loan Number:        ,0368


Borrowers Name: Johanna Carreras-Figueroa

Breakdown of the payment:

Principal & Interest                    475.59
Taxes                                    20.14
Hazard/Flood Insurance                   25.58
Mortgage Insurance                       41.07
Adjustment for Law 7                       .00
Subsidy                                    .00
Shortage/Surplus Spread                  -.78
Rounding Factor                            .00

Total                         $         561.60

Changes in the Monthly Payment:

Current Escrow Balance:       $         183.73


Cordially;
Mortgage Servicing Department

ES009  378
```

RURAL NO.

**NOTE**
*PAGARÉ*

JULY 12, 2016
12 DE JULIO DE 2016
DATE
*Fecha*

SAN JUAN
CITY
*Ciudad*

PUERTO RICO
STATE/U.S. TERRITORY
*Estado/Territorio U. S.*

PROPERTY ADDRESS: C-9, ATLANTA (5) ST., OLYMPIC VILLE DEV., LAS PIEDRAS, P.R. 00771,

DIRECCION DE LA PROPIEDAD: C-9, CALLE ATLANTA (5), URB. OLYMPIC VILLE, LAS PIEDRAS, P.R. 00771,

DIRECCIÓN REGISTRAL DE LA PROPIEDAD: SOLAR MARCADO CON EL NÚMERO NUEVE (9) DEL BLOQUE "C" EN EL PLANO DE INSCRIPCIÓN DE LA URBANIZACIÓN OLYMPIC VILLE, LOCALIZADA EN EL BARRIO QUEBRADA ARENAS DEL TÉRMINO MUNICIPAL DE LAS PIEDRAS, PUERTO RICO, 00771,

**1.     BORROWER'S PROMISE TO PAY**
In return for a loan that I have received, I promise to pay ONE HUNDRED FIVE THOUSAND NINE HUNDRED TWELVE U.S. DOLLARS (U.S.$105,912.00), (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **THE MONEY HOUSE, INC.** I will make all payments under this Note in the form of cash, check or money order.
I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

*1.     PROMESA DEL DEUDOR DE PAGAR*
*A cambio de un préstamo que he recibido, prometo pagar CIENTO CINCO MIL NOVECIENTOS DOCE U.S. DOLARES (U.S.$105,912.00), esta cantidad se llamará "Principal"), más intereses a la orden del Prestador. El Prestador es THE MONEY HOUSE, INC. Haré todos los pagos bajo este Pagaré en efectivo, con cheque o giro.*
*Entiendo que el Prestador puede traspasar este Pagaré. Se llamará el "Tenedor del Pagaré" al Prestador y a cualquiera a quien se traspase este Pagaré y tenga derecho a recibir pagos bajo el mismo.*

**2.     INTEREST**
Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of THREE AND A HALF PERCENT (3 ½%).
The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

*2.     INTERESES*
*Se cargarán intereses sobre el principal adeudado, hasta que se salde la suma total del Principal. Pagaré intereses a la tasa anual de TRES Y MEDIO PORCIENTO (3 ½%).*
*La tasa de interés impuesta en esta Sección 2 es la tasa que pagaré tanto antes como después de cualquier incumplimiento descrito en la Sección 6(B) de este Pagaré.*
7

**3.     PAYMENTS**
     (A)     Time and Place of Payments
I will pay principal and interest by making a payment every month.
I will make my monthly payments on the first day of each month, beginning on SEPTEMBER 1st, 2016.
I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest and other items in the order described in the Security Instrument before Principal. If on AUGUST 1st, 2046 I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date".

I will make monthly payments 52 CALLE PASEO COVADONGA, SAN JUAN, PUERTO RICO 00901 or at a different place if required by the Note Holder.

*3.     PAGOS*
     *(A)     Tiempo y Lugar de los Pagos*
*Pagaré el principal y los intereses haciendo un pago cada mes.*
*Haré mis pagos mensuales el día primero de cada mes, comenzando el 1RO DE SEPTIEMBRE DE 2016.*

1

*Haré estas pagos cada mes hasta que haya pagado todo el principal y los intereses, y cualesquiera otros cargos aquí establecidos que pueda adeudar bajo este Pagaré. Cada pago mensual se aplicará conforme su fecha de vencimiento, y será aplicado a intereses <u>y a cualquier otro artículo descrito en la escritura de Hipoteca</u> antes que al Principal. Si a <u>1RO DE AGOSTO DE 2046</u> aún adeudo sumas bajo este Pagaré, pagaré dichas sumas en su totalidad en esa fecha, la cual se llamará "Fecha de Vencimiento.*

*Haré mis pagos mensuales en <u>52 CALLE PASEO COVADONGA, SAN JUAN, PUERTO RICO 00901</u> o en un lugar distinto si lo requiere el Tenedor del Pagaré.*

**(B)    Amount of Monthly Payments**
My monthly payments will be in the amount of <u>FOUR HUNDRED SEVENTY FIVE DOLLARS WITH FIFTY NINE CENTS (U.S. $475.59)</u>.

*(B)    Cantidad de los Pagos Mensuales*
*Mis pagos mensuales serán por la cantidad de <u>CUATROCIENTOS SETENTA Y CINCO DOLARES CON CINCUENTA Y NUEVE CENTAVOS (U.S. $475.59)</u>.*

**4.    BORROWER'S RIGHT TO PREPAY**
I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.
I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

*4.    EL DERECHO DEL DEUDOR A PAGAR ANTICIPADO*
*Tengo el derecho de hacer pagos al Principal en cualquier momento antes de que venzan. Un pago al Principal solamente se conoce como un "Pago Anticipado". Cuando haga un Pago Anticipado, le diré al Tenedor del Pagaré por escrito que lo estoy haciendo. No puedo identificar un pago como Pago Anticipado si no estoy al día en mis pagos mensuales bajo el Pagaré.*
*Podré hacer un Pago Anticipado completo o Pagos Anticipados parciales sin pagar un cargo por Pago Anticipado. El Tenedor del Pagaré usará mis Pagos Anticipados para reducir el balance de Principal que adeude bajo este Pagaré. No obstante, el Tenedor del Pagaré podrá aplicar mi Pago Anticipado al pago de intereses acumulados vencidos y no pagados antes de aplicar mi Pago Anticipado para reducir la suma Principal del Pagaré. Si hago un Pago Anticipado parcial, no habrá cambios en la fecha de vencimiento o en la cuantía de mi pago mensual, a menos que el Tenedor del Pagaré acuerde por escrito dichos cambios.*

**5.    LOAN CHARGES**
If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces the Principal, the reduction will be treated as a partial Prepayment.

*5.    CARGOS DEL PRÉSTAMO*
*Si una ley que aplique a este préstamo y que fije un máximo a los cargos impuestos es interpretada en forma final al efecto que los intereses u otros cargos cobrados o por ser cobrados a tenor con este préstamo excediese los límites permitidos, entonces (a) cualquier tal cargo se ajustará por la cantidad necesaria para reducir el cargo al límite permitido; y (b) me será reembolsada cualquier suma ya pagada por mí que exceda los límites permitidos. El Tenedor del Pagaré podrá escoger entre aplicar este reembolso para reducir el Principal que adeude bajo este Pagaré, o hacerme un pago directo. Si un reembolso reduce el Principal, el reembolso se tratará como un Pago Anticipado parcial.*

**6.    BORROWER'S FAILURE TO PAY AS REQUIRED**
**(A)    Late Charge for Overdue Payments**
If the Note Holder has not received the full amount of any monthly payment by the end of fifteen calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 4% of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

*6.    INCUMPLIMIENTO DEL DEUDOR DE PAGAR SEGÚN REQUERIDO*
*(A)    Cargos por Demora por Pagos Vencidos*
*Si el Tenedor del Pagaré no ha recibido la cantidad total de cualquier pago mensual pasados quince días calendario de su fecha de vencimiento, le pagaré un cargo por demora. El cargo será 4% del*

2

*pago vencido de principal e intereses. Pagaré este cargo por demora prontamente, pero solamente una vez por cada pago tardío.*

**(B)    Default**
If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(B)    Incumplimiento**
*Incurriré en incumplimiento si no pago la cantidad total de cada pago mensual a la fecha de su vencimiento.*

**(C)    Notice of Default**
If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least thirty (30) days after the date on which the notice is mailed to me or delivered by other means.

**(C)    Aviso de Incumplimiento**
*Si incurro en incumplimiento, el Tenedor del Pagaré podrá enviarme aviso escrito diciéndome que si no pago la cantidad vencida para cierta fecha, podrá requerirme saldo inmediato de la suma total del Principal que no ha sido pagado, más todos los intereses que adeude sobre esta suma. Esa fecha tiene que ser por lo menos treinta (30) días después de la fecha en que me sea enviado el aviso por correo, o entregado por cualquier otro medio.*

**(D)    No Waiver by Note Holder**
Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(D)    No Renuncia por el Tenedor del Pagaré**
*Aun cuando a la fecha en que incurro en incumplimiento el Tenedor del Pagaré no me requiera que pague la totalidad inmediatamente, según expresado anteriormente, el Tenedor del Pagaré tendrá derecho a hacerlo si vuelvo a incurrir en incumplimiento en un fecha posterior.*

**(E)    Payment of Note Holder's Costs and Expenses**
If the Note Holder has notified me that I am required to pay immediately in full as described above, the Note Holder will have the right to be paid back by me all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

**(E)    Pago de Costas y Gastos del Tenedor del Pagaré**
*Si el Tenedor del Pagaré me ha notificado que tengo la obligación de pagar la totalidad inmediatamente, según se establece anteriormente, el Tenedor del Pagaré tendrá derecho a cobrar sus costas y gastos para hacer valer este Pagaré hasta las cantidades que no estén prohibidas por leyes aplicables. A manera de ejemplo, dichos costos y gastos pueden incluir, pero no se limitan a los honorarios de abogados.*

**7.    GIVING OF NOTICES**
Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.
Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**7.    NOTIFICACIÓN**
*A menos que la ley aplicable requiera otro método, cualquier aviso que se me deba dar bajo este Pagaré se hará entregándome o enviándome por correo de primera clase, a la dirección de la Propiedad arriba indicada o a una dirección diferente, si le notifico por escrito una dirección diferente al Tenedor del Pagaré.*
*Cualquier notificación que deba dar al Tenedor del Pagaré, lo haré entregándola o enviándola por correo de primera clase a la dirección indicada en la Sección 3 (A), o a una dirección distinta que me haya notificado el Tenedor del Pagaré.*

**8.    OBLIGATIONS OF PERSONS UNDER THIS NOTE**
If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety, or endorser of this Note is also obligated to do these things. Any person, who takes over these obligations, including the obligations of a guarantor, surety, or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**8.    OBLIGACIONES DE LAS PERSONAS BAJO ESTE PAGARÉ**
*Si más de una persona firma este Pagaré, cada persona queda plenamente y personalmente*

3

*obligada a cumplir todas las obligaciones contenidas en este Pagaré, incluyendo la promesa de pagar la suma total adeudada. Cualquier persona que sea garantizadora, fiadora, o endosante de este Pagaré también queda obligada de esa manera. Cualquier persona que asuma estas obligaciones, incluyendo las obligaciones de un garantizador, fiador, o endosante de este Pagaré, quedará también obligada a cumplir todas las obligaciones contenidas en este Pagaré. El Tenedor del Pagaré podrá hacer valer sus derechos bajo este Pagaré contra cada persona individualmente, o contra todos nosotros conjuntamente. Esto significa que cualquiera de nosotros podrá ser requerido a pagar todas las sumas adeudadas bajo este Pagaré.*

**9.   WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons obligated to pay the Note that amounts due have not been paid.

*9.   RENUNCIAS*

*Yo y toda otra persona obligada bajo este Pagaré renunciamos a la Presentación y al Aviso de Incumplimiento. "Presentación" significa el derecho a requerir que el Tenedor del Pagaré reclame pago de sumas vencidas. "Aviso de Incumplimiento" significa el derecho a requerir que el Tenedor del Pagaré notifique a otras personas obligadas a pagar el Pagaré, que no se han pagado las sumas adeudadas.*

**10.   UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than thirty (30) days from the date the notice is given in accordance with Section 14 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

*10.   PAGARÉ GARANTIZADO UNIFORME*

*Este Pagaré es un instrumento uniforme con algunas alteraciones en algunas jurisdicciones. Además de las protecciones dadas al Tenedor del Pagaré bajo este Pagaré, una Hipoteca, Escritura de Fideicomiso, o Escritura de Garantía Colateral (la "Hipoteca"), de esta misma fecha, protege al Tenedor del Pagaré de posibles pérdidas que puedan resultar si no cumplo con las promesas que hago en este Pagaré. Esa Hipoteca describe cómo y bajo qué condiciones puedo ser requerido a pagar inmediatamente el total de todas las sumas que adeude bajo este Pagaré. Algunas de esas condiciones se describen a continuación:*

*Si sin el previo consentimiento del Prestador se vende o traspasa toda o cualquier parte de la Propiedad, o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Prestador podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por esta Hipoteca. Sin embargo, el Prestador no ejercerá esta opción en caso que la Ley Aplicable la prohíba.*

*Si el Prestador ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. Conforme a la Sección 14, el aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por esta Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Prestador podrá invocar cualquier remedio permitido por esta Hipoteca, sin más aviso o requerimiento al Deudor.*

**11.   SECURITY INSTRUMENT**

Payment of the indebtedness evidenced by this Note is secured by a Security Instrument dated on even date herewith, constituted by deed number __-369-__ of the undersigned Notary Public.

*11.   HIPOTECA*

*El pago de la deuda evidenciada por este Pagaré está garantizado por una Hipoteca de esta misma fecha, constituida mediante la escritura número __-369-__ del Notario Público infrascrito.*

4

IN WITNESS THEREOF, WE HEREBY ACKNOWLEDGE AND SIGN THIS PROMISSORY NOTE.

*EN TESTIMONIO DE LO CUAL RECONOCEMOS Y SUSCRIBIMOS ESTE PAGARÉ.*

Johánna Carreras Figueroa

(Signature)
(Firma)
**Borrower**
*Deudor*

Originador: NICOLE GOMEZ VITIACI

NMLSR: 409635

NMLS ID: 169716

(Sign Original Only)
*(Fírmese el Original Solamente)*

AFFIDAVIT NO.: −6988−

*Testimonio Núm.:* −6988−

---Acknowledged and subscribed to before me by the above signatories, of the following personal circumstances, of legal age, unmarried, employee and resident of Las Piedras, Puerto Rico, who is(are) personally known to me.

---*Reconocido y suscrito ante mí por los arriba firmantes, de las siguientes circunstancias personales, mayor de edad, soltera, empleada y vecina de Las Piedras, Puerto Rico, a quien(es) conozco personalmente.*



NOTARY PUBLIC
*NOTARIO PUBLICO*

PAY TO THE ORDER OF:
WITHOUT RECOURSE
THE MONEY HOUSE, INC.
DAMARIS SOTO
SUPERVISORA

5

PAY TO THE ORDER OF

WITHOUT RECOURSE
BANCO POPULAR DE PUERTO RICO

FRANCISCO J. GRACIA QUINTANA
AUTHORIZED SIGNATURE

ADALIZ HERNANDEZ PEREZ
AUTHORIZED SIGNATURE

**CERTIFICO:** Que en la misma fecha y en el lugar de su otorgamiento expedí primera copia certificada a favor de THE MONEY HOUSE, INC. DOY FE.------------------------



NOTARIO PÚBLICO



--- DEED NUMBER: THREE HUNDRED SIXTY NINE (369)----
---*ESCRITURA NÚMERO: TRESCIENTOS SESENTA Y NUEVE (369)*--

-------------------------- FIRST MORTGAGE----------------------
------------------------ *PRIMERA HIPOTECA*----------------------

-----In the city of San Juan, Puerto Rico, this twelve (12) Day of July of the year Two Thousand Sixteen (2016).------------------------------------

-----*En la ciudad de San Juan, Puerto Rico, a doce (12) de Julio del Dos Mil Dieciséis (2016).*------------------------

----------------------------- BEFORE ME -----------------------
----- PRISCILLA M. SANTIAGO ACOSTA---, a Notary Public in and for the Commonwealth of Puerto Rico, with residence in Guaynabo---------, Puerto Rico and offices in the City of San Juan--, Puerto Rico,----------

------------------------------ *ANTE MÍ* -------------------------
-----*PRISCILLA M. SANTIAGO ACOSTA---, Notario Público en y para el Estado Libre Asociado de Puerto Rico, con residencia en Guaynabo---, Puerto Rico y oficinas en la Ciudad de San Juan-, Puerto Rico, ---------*

------------------------------- APPEAR ------------------------
-----The person(s) named in Part SIXTH (hereinafter "Borrower"). ---------

-----I, the Notary Public, give faith that I personally know the parties appearing herein, except as I may have otherwise clarified in the "ACCEPTANCE" section of this Security Instrument, and, through their statements, as to their ages, civil status, occupations and residences, who assure me that they have, and in my judgment they do have, the legal capacity to execute this deed, wherefore, they freely --------------------------

---------------------------- *COMPARECEN* -----------------------
-----*La(s) persona(s) mencionada(s) en la Parte SEXTA (en adelante el "Deudor"). -------------------------*



-----*Yo, el Notario Público, doy fe de que conozco personalmente a los comparecientes, a menos que haya aclarado lo contrario en la sección de "ACEPTACIÓN" de esta Hipoteca, y, por sus dichos, de sus edades, estado civil, ocupaciones y residencias, quienes me aseguran tener, y a mi juicio tienen, la capacidad legal necesaria para otorgar esta escritura, por lo que libremente-------------------------------*

-------------------------STATE AND COVENANT------------------------
------------------------*DECLARAN Y CONVIENEN*-----------------------

-----**FIRST:** DEFINITIONS: Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 10, 12, 17, 19 and 21 of Part FOURTH. Certain rules regarding the usage of words used in this document are also provided in Section 15 of Part FOURTH. --------------------------------

----*PRIMERA: DEFINICIONES: Palabras usadas en varias secciones de este documento se definen más adelante y otras palabras se definen en las Secciones 3, 10, 12, 17, 19 y 21 de la Parte CUARTA. La Sección 15 de la Parte CUARTA también contiene ciertas reglas referentes al uso de vocablos en este documento. -----------------------------------------*

-----**(A)** Security Instrument means this document, in which the date and place of execution are stated on page number one, together with all Riders to this document executed by the Borrower. ------------------------------------

-----*(A) Hipoteca significa este documento, en el cual la fecha y sitio de otorgamiento se indican en la primera página, conjuntamente con todas las Cláusulas Adicionales a este documento que otorgue el Deudor. -----------*

----- **(B)** Borrower is (are) the person(s) mentioned in Part SIXTH and is the mortgagor under this Security Instrument.------------------------------

----- *(B) Deudor* es (son) la(s) persona(s) mencionada(s) en la Parte SEXTA, y es el deudor hipotecario en esta Hipoteca. -----------------------

-----*(C) Lender* is the entity mentioned in Part SEVENTH. Lender is an entity organized and existing under the laws of the jurisdiction indicated in Part SEVENTH. Lender's address is the one that appears in Section 3(A) of the Note and in Part SEVENTH of this Security Instrument. Lender is the mortgagee under this Security Instrument. -----------------------------------

-----*(C) Prestador* es la entidad mencionada en la Parte SEPTIMA. El Prestador es una entidad organizada y existente bajo las leyes de la jurisdicción que se indica en la Parte SEPTIMA. La dirección del Prestador es la que aparece en la Sección (3) (A) del Pagaré y en la Parte SEPTIMA de esta Hipoteca. El Prestador es el acreedor hipotecario en esta Hipoteca. -----------------------------------------------------------

-----*(D) Note* means the promissory note signed by Borrower on this same date, payable to the order of Lender, bearing affidavit number   six----- thousand nine hundred eighty eight (6988) ----------- of the undersigned Notary Public. The Note states that Borrower owes Lender the principal sum ONE HUNDRED FIVE THOUSAND NINE HUNDRED TWELVE U.S. DOLLARS (U.S.$105,912.00), plus interest at an annual rate of THREE AND A HALF PERCENT (3 ½%). Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than the FIRST (1st.) DAY OF AUGUST, TWO THOUSAND FORTY SIX (2046). --------------------------------------

-----*(D) Pagaré* significa el pagaré firmado por el Deudor en esta misma fecha, pagadero a la orden del Prestador, bajo el testimonio número ----- seis mil novecientos ochenta y ocho (6988) ----------- del Notario Público infrascrito. El Pagaré establece que el Deudor le adeuda al Prestador la suma principal de CIENTO CINCO MIL NOVECIENTOS DOCE U.S. DOLARES (U.S.$105,912.00), más intereses a la tasa anual de TRES Y MEDIO PORCIENTO (3 ½%). El Deudor ha prometido pagar esta deuda en Pagos Periódicos regulares y pagar la deuda total no más tarde del día PRIMERO (1RO) DE AGOSTO DE DOS MIL CUARENTA Y SEIS (2046). -----------------------------

----- *(E) Property* means the property that is described below under the heading "Constitution of Mortgage on the Property." -----------------------

----- *(E) Propiedad* significa la propiedad que se describe a continuación en la sección titulada "Constitución de Hipoteca Sobre la Propiedad. -------

----- *(F) Loan* means the debt evidenced by the Note, plus interest, and all sums due under this Security Instrument, plus interest. -----------------------

----- *(F) Préstamo* significa la deuda evidenciada por el Pagaré, más intereses y todas las cantidades adeudadas bajo esta Hipoteca, más intereses. --------------------------------------------------------------

----- *(G) Riders* means all riders to this Security Instrument that are executed by Borrower. --------------------------------------------------------

----- *(G) Cláusulas Adicionales* significa todas las cláusulas adicionales a esta Hipoteca que otorgue el Deudor. ---------------------------------------

-----*(H) Applicable Law* means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the administrative effect of law) as well as all applicable final, non-appealable judicial opinions. --------------------------------------------

-----*(H) Ley Aplicable* significa toda ley, reglamento, ordenanza, reglas y órdenes administrativas (que tengan fuerza de ley), federales, estatales y municipales, que estén vigentes y apliquen, así como toda opinión judicial final e inapelable, que sean determinantes y aplicables. ----------------------

-----*(I) Community Association Dues* means all dues, fees, assessments and other charges that are imposed on Borrower or on the Property by a condominium association, homeowners association or similar organization. -----

----- *(I) Cuotas Comunales de Asociación* significa todas las cuotas,

*derechos, derramas y otros cargos que sean impuestos al Deudor o sobre la Propiedad por una asociación de condóminos, asociación de dueños de hogares u organización similar. ------------------------------------------*

-----(J) **Electronic Funds Transfer** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephone, computer, or magnetic tape so as to order, instruct or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.--------

-----(J) *Transferencia Electrónica de Fondos significa toda transferencia de fondos, que no sea una transacción originada mediante cheque, giro, o documento similar, que se inicie mediante un terminal electrónico, teléfono, computador o cinta magnética con el fin de ordenar, instruir o autorizar a una institución financiera que debite o acredite una cuenta. Este vocablo incluye, pero no se limita a, transferencias en el punto-de-venta, transacciones en máquinas de cajero automático, transferencias iniciadas por teléfono, transferencias cablegráficas y transferencias mediante una mesa de compensación automatizada.* ---------------------

----- (K) **Escrow Items** means those items that are described in Section 3 of Part FOURTH. ------------------------------------------------------------

----- (K) *Partidas en Reserva significa aquellas partidas descritas en la Sección 3 de la Parte CUARTA.* -------------------------------------

-----(L) **Miscellaneous Proceeds** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Part FOURTH, Section 5) for: (i) damage to, or destruction of the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation, or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.-----------------

-----(L) *Réditos Misceláneos significa cualquier prestación, liquidación o indemnización por daños, o el producto de pagos hechos por un tercero (que no sea la indemnización de seguros pagada bajo las cubiertas descritas en la Parte CUARTA, Sección 5) por: (i) daño a, o destrucción de la Propiedad; (ii) expropiación o cualquier otra forma de tomar posesión de toda o parte de la Propiedad, (iii) entrega de la Propiedad en lugar de expropiación; o (iv) falsa representación de, u omisiones en cuanto a, el valor y/o condición de la Propiedad.* ----------------------------------



----- (M) **Mortgage Insurance** means insurance protecting Lender against the nonpayment of, or default on the Loan. ----------------------------

----- (M) *Seguro Hipotecario significa seguro que protege al Prestador contra la falta de pago, o incumplimiento del Préstamo.* ---------------------

-----(N) **Periodic Payment** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Part FOURTH, Section 3 of this Security Instrument. ----------------------------

-----(N) *Pago Periódico significa la suma regular programada a ser pagada por concepto de (i) principal e intereses bajo el Pagaré, más (ii) cualesquiera cantidades bajo la Sección 3 de la Parte CUARTA de esta Hipoteca.* -------------------------------------------------------------

-----(O) **RESPA** means the Real Estate Settlement Procedures Act (12 U.S.C. Sections 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. 3500), as they might be amended, or any additional or successor legislation or regulation that governs the same subject matter. As used herein, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA. -----

-----(O) *RESPA significa la "Real Estate Settlement Procedures Act" (12 U.S.C. Secciones 2601 y siguientes) y su reglamento habilitador, Reglamento X (24 C.F.R. 3500), según puedan ser enmendados, o cualquier legislación o reglamento adicional o sucesor que rija el mismo*



*tema. Según se usa en esta Hipoteca, "RESPA" se refiere a todos los requisitos y las restricciones que se impongan respecto a "un préstamo hipotecario de índole federal" aún cuando el Préstamo no califique como un "préstamo hipotecario de índole federal" bajo RESPA.* ------------------

----- (P) Secretary means the Secretary of the United States Department of Housing and Urban Development or his designee, successors and assigns, as their interests may appear. -----------------------------------------------

----- *(P) Secretario significa el Secretario de la Vivienda y Desarrollo Urbano de los Estados Unidos o persona designada por este, "sus sucesores y cesionarios, según sean sus intereses.* --------------------------------

-----(Q) Successor in Interest of Borrower means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument. -------------------

----- *(Q) Sucesor en Interés del Deudor significa cualquier persona que adquiera título sobre la Propiedad, haya o no tal persona asumido las obligaciones del Deudor bajo el Pagaré y/o esta Hipoteca.* ------------------

-----SECOND:    CONSTITUTION OF MORTGAGE ON THE PROPERTY. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note, and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably mortgages to Lender, with power to foreclose, the Property, described hereinafter in this Security Instrument as follows: -----------------

-----*SEGUNDA: CONSTITUCIÓN DE HIPOTECA SOBRE LA PROPIEDAD. Esta Hipoteca garantiza al Prestador: (i) el repago del Préstamo, y todas las renovaciones, extensiones y modificaciones del Pagaré, y (ii) el cumplimiento de los convenios y acuerdos del Deudor bajo esta Hipoteca y bajo el Pagaré. Para ese fin, el Deudor irrevocablemente hipoteca a favor del Prestador, con facultad de ejecutar-la Propiedad descrita más adelante en esta Hipoteca como sigue:* --------------------------

---URBANA: Solar marcado con el número nueve (9) del Bloque "C" en el Plano de Inscripción de la Urbanización Olympic Ville, localizada en el Barrio Quebrada Arenas del término municipal de Las Piedras, Puerto Rico. Tiene un área superficial de trescientos cincuenta y dos punto ochenta (352.80) metros cuadrados y sus colindancias son las siguientes, por el NORTE, en veinticuatro punto cincuenta (24.50) metros lineales, con el solar número ocho (8) del Bloque "C", por el SUR, en veinticuatro punto cincuenta (24.50) metros, con el solar número diez (10) del Bloque "C", por el ESTE, en catorce punto cuarenta (14.40) metros lineales, con la Calle número cinco (5); y por el OESTE, en trece punto ochenta (13.80) metros lineales, con el solar número cinco (5) del Bloque "B". Enclava casa.-------------------------------------------------------------------------

---PROPERTY LOCATED AT: "C" DASH NINE (C-9), ATLANTA FIVE (5) ST., OLYMPIC VILLE DEV., LAS PIEDRAS, PUERTO RICO ZERO ZERO SEVEN SEVEN ONE (00771).------------------------------

-----The Property is recorded as follows: --------------------------------------
-----*La Propiedad está inscrita como sigue a continuación:* -------------------

---Consta inscrita al tomo de hoja móvil doscientos setenta y tres (273) de Las Piedras, finca número catorce mil seiscientos treinta y seis (14,636), Registro de la Propiedad de Puerto Rico, Sección de Humacao.---------------

---Los deudores hipotecarios hacen constar que el número de Catastro es: 253-088-408-52-000.-----------------------------------------------------------------

---The above described property is subject to the following lien(s) which shall be cancelled or subordinated through a separate instrument(s):----------

---La antes mencionada propiedad se encuentra afecta por sí por los siguientes gravámenes, que serán cancelados o subordinados por intrumento(s) independiente(s) al presente otorgamiento.----------------------

---Afecta por su procedencia a: Servidumbre, Servidumbre a favor de la Autoridad de Acueductos y Alcantarillado de Puerto Rico, Condiciones restrictivas (así surge), Servidumbre a favor de la Autoridad de Energía Eléctrica de Puerto Rico, Servidumbre a favor de Puerto Rico Telephone Company.------------------------------------------------------------------

---Afecta por sí a: Hipoteca en garantía de un pagaré a favor de RBS Mortgage Corp., o a su orden, por la suma principal de Ciento Veintitrés Mil Doscientos Cincuenta Dólares ($123,250.00) con intereses al seis punto cincuenta por ciento (6.50%) anual, vencedero el día primero (1ero) de marzo del dos mil treinta y tres (2033), constituida mediante la escritura número cuarenta y ocho (48), otorgada en San Juan, Puerto Rico, el día once (11) de febrero del dos mil tres (2003), ante el notario René Avilés Pérez, e inscrita al folio setenta y siete (77) del tomo trescientos dos (302) de Las Piedras, finca número catorce mil seiscientos treinta y seis (14,636), inscripción quinta (5ta). Se modifica la hipoteca por la suma de Ciento Veintitrés Mil Doscientos Cincuenta Dólares ($123,250.00), a favor de RBS Mortgage Corporation, a los efectos de ampliar el principal a Ciento Veinticuatro Mil Doscientos Setenta y Cuatro Dólares con Cincuenta y Dos Centavos ($124,274.52), con intereses al seis punto cincuenta por ciento (6.50%) anual, pagadero en trescientos sesenta (360) plazos mensuales de Setecientos Ochenta y Cinco punto Cincuenta Centavos ($785.50) cada uno, desde el día primero (1ero) de mayo del dos mil nueve (2009) y vencedero el día primero (1ero) de abril del dos mil treinta y nueve (2039), mediante la escritura número ciento ochenta y seis (186), otorgada en San Juan, Puerto Rico, el día catorce (14) de abril del dos mil nueve (2009), ante la notario Alexandra M. Serracante Cadilla, e inscrita al folio cincuenta (50) del tomo doscientos sesenta (260) de Las Piedras, finca número catorce mil seiscientos treinta y seis (14,636), inscripción tercera (3ra), como Asiento Abreviado, Extendidas las Líneas el día veintiuno (21) de septiembre del dos mil doce (2012), en virtud de la Ley número doscientos dieciséis (216) del día veintisiete (27) de diciembre del dos mil diez (2010). (Fue presentado el día primero (1ero) de mayo del dos mil nueve (2009), al Asiento cuatro (4) del Diario ochocientos noventa y seis (896). Cancelada mediante la escritura número ochenta  y uno (81), otorgada en Humacao, Puerto Rico, el día veintidós (22) de febrero del dos mil dieciséis (2016), ante la notario Georgette M. Rodríguez Figueroa, sobre Venta Judicial a favor de Lime Residential LTD, presentada al Asiento dos mil dieciséis guión cero tres cero nueve cero cero guión "HU" cero uno (2016-030900-HU01) DEL SISTEMA KARIBE, se presentó el día veintiséis (26) de abril del dos mil dieciséis (2016).------------------------



---Afecta por sí a: Demanda del día catorce (14) de octubre del dos mil once (2011), expedida en el Tribunal de Primera Instancia, Sala Superior de Humacao, en el Caso Civil número "HSCI guión dos mil once guión cero uno dos nueve ocho" (HSCI-2011-01298), sobre Cobro de Dinero y Ejecución de Hipoteca, seguido por Firstbank Puerto Rico versus Maritza Cabrera Cabrera y Cesar Alfredo Ortiz Sanchez, por la suma de Ciento Veintiséis Mil Ochocientos Trece Dólares con Setenta y Nueve Centavos ($126,813.79) más otras sumas, anotada el día nueve (9) de noviembre del dos mil doce (2012), al folio setenta y siete (77) del tomo trescientos dos (302) de Las Piedras, finca número catorce mil seiscientos treinta y seis (14,636), Anotación "A". Cancelada mediante la escritura número ochenta y uno (81), otorgada en Humacao, Puerto Rico, el día veintidós (22) de febrero del dos mil dieciséis (2016), ante la notario Georgette M. Rodríguez Figueroa, sobre Venta Judicial a favor de Lime Residential LTD, presentada al Asiento dos mil dieciséis guión cero tres cero nueve cero cero guión "HU" cero uno (2016-030900-HU01) DEL SISTEMA KARIBE, se presentó el día veintiséis (26) de abril del dos mil dieciséis (2016).--------------------



---Afecta por sí a: Embargo Federal, número tres siete tres seis ocho cuatro tres cero siete (373684307), por la suma de Nueve Mil Trescientos Cuarenta Dólares con Ochenta y Dos Centavos ($9,340.82), contra una tal Maritza Cabrera Cabrera, dirección P.O Box ocho cero nueve (809), Las Piedras P.R. cero cero siete siete uno guión cero ocho cero cero nueve (00771-0809), seguro social, "xxx" guión "xx" guión cinco ocho cuatro cuatro (xxx-xx-5844), presentado el día tres (3) de julio del dos mil siete (2007), al folio ciento cincuenta y siete (157) del libro cinco (5), Asiento uno (1). Cancelado mediante Mandamiento del veintinueve (29) de enero de dos mil dieciséis (2016) y Orden del veintisiete (27) de enero de dos mil dieciséis (2016), ambos Certificados, en el Caso Civil número "HSCI" dos mil once guión mil doscientos noventa y ocho (HSCI2011-1298), presentada el día treinta (30) de junio de dos mil dieciséis (2016), al asiento dos mil dieciséis guión cero cinco nueve tres cinco ocho guión "HU" cero uno (2016-059358-HU01) DEL SISTEMA KARIBE.------------------------------------------------------

---Afecta por sí a: Sentencia del día nueve (9) de enero del dos mil siete (2007), expedida en el Tribunal de Primera Instancia, Sala Municipal de Las Piedras, en el Caso Civil número "HBCI" guión dos mil seis guión cero cero tres seis ocho (HBCI-2006-00368), seguido por Asociación de Residentes de La Urbanización Olympic Ville Inc., versus Maritza Cabrera Cabrera, por la suma de Mil Setecientos Diez Dólares ($1,710.00), presentado el día diecisiete (17) de mayo del dos mil diez (2010), al folio setenta y tres (73) del Libro seis (6). Cancelado mediante Mandamiento del veintinueve (29) de enero de dos mil dieciséis (2016) y Orden del veintisiete (27) de enero de dos mil dieciséis (2016), ambos Certificados, en el Caso Civil número "HSCI" dos mil once guión mil doscientos noventa y ocho (HSCI2011-1298), presentada el día treinta (30) de junio de dos mil dieciséis (2016), al asiento dos mil dieciséis guión cero cinco nueve tres cinco ocho guión "HU" cero uno (2016-059358-HU01) DEL SISTEMA KARIBE.------------------------------------------------------

---TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this First Mortgage. All of the foregoing is referred to in this security instrument as the "Property."---------------------------------------------

—*CONJUNTAMENTE CON todas las mejoras ahora existentes o que en el futuro se erijan sobre la propiedad, y todas las servidumbres, derechos, accesorios y bienes muebles por destino que ahora o en el futuro formen parte de la misma. Todos los reemplazos y añadiduras (anejos) también estarán cubiertos por esta Primera Hipoteca. Todo lo anterior se denomina en esta hipoteca como la "Propiedad". ------------------------------------------*

-----**THIRD**: <u>COVENANTS</u>.  (a) BORROWER COVENANTS AND AGREES that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage the Property, and that the Property is unencumbered, except for encumbrances that appear from the Registry of the Property. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record. ------------------------------------------------------

-----*TERCERA: <u>CONVENIOS</u>. (a) EL DEUDOR ACUERDA y CONVIENE que es dueño y tiene derecho a hipotecar la Propiedad, y que la Propiedad está libre de cargas y gravámenes excepto aquellas cargas y gravámenes que surgen de Registro de la Propiedad. El Deudor garantiza y defenderá el título de la Propiedad contra toda reclamación y requerimiento, sujeto a cualquier gravamen que surja de Registro de la Propiedad. ------------------------------------------------------*

-----(b) This Security Instrument combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.-------------

----- *(b) Esta Hipoteca combina convenios uniformes para uso nacional y*

convenios no uniformes con variaciones limitadas para cada jurisdicción, para constituir una hipoteca uniforme sobre bienes inmuebles. --------------

-----**FOURTH:** <u>UNIFORM COVENANTS</u>. Borrower and Lender covenant and agree as follows:------------------------------------------------

-----*CUARTA:* <u>*CONVENIOS UNIFORMES*</u>. *El Deudor y el Prestador, convienen y acuerdan lo siguiente:* ---------------------------------------

-----**1. Payment of Principal, Interest, Escrow Items, Prepayment Charges and Late Charges**. Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in United States currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: a) cash, b) money order, c) certified check, treasurer's check or cashier's check, provided any such check is drawn by or on an institution whose deposits are insured by a federal agency, instrumentality, or entity, or (d) Electronic Funds Transfer. --------------------------------------------------------------

-----*1. Pago de Principal, Intereses, Partidas en Reserva, Cargos por Pago Anticipado y Cargos por Demora. El Deudor pagará a su vencimiento el principal y los intereses sobre la deuda evidenciada por el Pagaré, y cargos por demora adeudados bajo el Pagaré. El Deudor también pagará las Partidas en Reserva conforme a la Sección 3. Los pagos efectuados bajo el Pagaré y bajo esa Hipoteca se harán en moneda de los Estados Unidos. Sin embargo, si cualquier cheque u otro instrumento recibido por el Prestador en pago bajo el Pagaré o esta Hipoteca es desairado y devuelto al Prestador, el Prestador podrá requerir que cualquier o todo pago posterior adeudado bajo el Pagaré y bajo esta Hipoteca se haga de una o más de las siguientes maneras, a elección del Prestador: (a) efectivo, (b) giro, (c) cheque certificado, cheque oficial de una institución financiera o cheque de gerente, siempre y cuando tal cheque sea librado por o contra una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad o entidad federal, o (d) Transferencia Electrónica de Fondos. ---------------------------------------*

-----Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 14. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.--------------------------

-----*Se entenderá que los pagos han sido recibidos por el Prestador cuando se reciban en el lugar designado en el Pagaré o en aquel otro lugar que designe el Prestador conforme a las disposiciones de notificación en la Sección 14. El Prestador podrá devolver cualquier pago o pago parcial si el pago o los pagos parciales son insuficientes para poner el Préstamo al día. El Prestador puede aceptar cualquier pago o pago parcial insuficiente para poner el Préstamo al día, sin renunciar a ninguno de sus derechos bajo esta Hipoteca y sin perjuicio de su derecho a rechazar tal pago o pagos parciales en el futuro, pero el Prestador no está obligado a aplicar tales pagos al momento en que son aceptados. Si cada Pago Periódico se aplica a su fecha establecida de vencimiento, el Prestador no estará*



*obligado a pagar intereses sobre fondos no aplicados. El Prestador puede retener dichos fondos no aplicados hasta que el Deudor haga los pagos para poner el Préstamo al día. Si el Deudor no pone el Préstamo al día dentro de un período razonable, el Prestador entonces aplicará tales fondos o los devolverá al Deudor. De no haberse aplicado antes, tales fondos serán aplicados al balance del principal adeudado bajo el Pagaré inmediatamente antes de la ejecución de esta Hipoteca. Ninguna compensación o reclamación que pudiera tener el Deudor ahora o en el futuro contra el Prestador relevará al Deudor de efectuar los pagos adeudados bajo el Pagaré y esta Hipoteca o de cumplir con los convenios y acuerdos garantizados por esta Hipoteca.*-----------------------------------------

-----**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: First, to the Mortgage Insurance premiums to be paid by Lender to the Secretary or the monthly charge by the Secretary instead of monthly mortgage insurance premiums; Second, to any taxes, special assessments, leasehold payments or ground rents, and fire, flood and other hazard premiums, as required; Third, interest due under the Note; Fourth to amortization principal of the Note; and Fifth, to late charges due under the Note.   Any application of payments, insurance proceeds or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date of the Periodic Payments or change the amounts of those payments. ---------------------------

-----*2. Aplicación de Pagos o Réditos. Salvo que se indique otra cosa en esta Sección 2, todos los pagos aceptados y aplicados por el Prestador serán aplicados en el siguiente orden de prioridad: Primero, a las Primas del Seguro Hipotecario a ser pagado por el Prestador al Secretario o el cargo mensual por el Secretario  en lugar de las primas de seguro hipotecario mensual; Segundo a los impuestos, contribuciones especiales o rentas de terrenos y las primas de seguros por fuego, inundación y otros riesgos, según sean requeridos; Tercero, intereses adeudados bajo el Pagaré; Cuarto, a la amortización del principal adeudado bajo el Pagaré; Quinto, los cargos por demora adeudados bajo el Pagaré. Cualquier aplicación de pagos, indemnizaciones de seguros o Réditos Misceláneos al principal adeudado bajo el Pagaré no extenderá ni pospondrá la fecha de vencimiento de los Pagos Periódicos, ni cambiará la cuantía de esos pagos.* -----------------------------------------------------------------------

-----**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payment or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums to be paid by Lender to the Secretary or the monthly charge by the Secretary instead of monthly mortgage insurance premiums. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligations to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender, and if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount, and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 14 and, upon such revocation, Borrower shall pay

to Lender all Funds, and in such amounts, that are required under this Section 3.--------------------------------------------------------------------

-----3. *Fondos para Partidas en Reserva.* El Deudor pagará al Prestador en el día en que venzan los Pagos Periódicos bajo el Pagaré, hasta que el Pagaré sea pagado en su totalidad, una suma (los "Fondos") para cubrir el pago de cantidades adeudadas para: (a) contribuciones e imposiciones, y otras partidas que pudieran adquirir prioridad sobre esta Hipoteca como gravamen o carga sobre la Propiedad; (b) pagos por el arrendamiento de la Propiedad, su terreno o mejoras, si alguno; (c) primas por cualquier y todo seguro requerido por el Prestador bajo la Sección 5; y (d) las Primas del Seguro Hipotecario a ser pagado por el Prestador al Secretario o el cargo mensual por el Secretario en lugar de las primas de seguro hipotecario mensual. Estas partidas se llaman "Partidas en Reserva". Al concederse el Préstamo, o en cualquier momento durante el término del mismo, el Prestador podrá requerir que el Deudor deposite como parte de los Fondos las Cuotas Comunales de Asociación, cargos y contribuciones, las mismas constituirán una Partida en Reserva. El Deudor proveerá con prontitud al Prestador todas las notificaciones de cantidades a ser pagadas bajo esta Sección. El Deudor pagará al Prestador los Fondos para cubrir las Partidas en Reserva, a menos que el Prestador lo releve total o parcialmente de dicha obligación. El Prestador podrá relevar al Deudor de dicha obligación en cualquier momento. Cualquier relevo tendrá que constar por escrito. En caso de tal relevo, el Deudor pagará directamente, cuando y donde proceda, las sumas adeudadas por concepto de Partidas en Reserva que hayan sido objeto del relevo; y si así lo requiere el Prestador, el Deudor le proveerá, dentro del plazo que le requiera el Prestador, recibos que evidencien dicho pago. La obligación del Deudor de hacer tales pagos y de proveer recibos será para todos los efectos considerada como un convenio y acuerdo contenido en esta Hipoteca, según se usa en la Sección 9 la frase "convenio y acuerdo". Si el Deudor viene obligado a pagar las Partidas en Reserva directamente, conforme a un relevo, y dejare de efectuar dicho pago, el Prestador podrá ejercitar su derecho bajo la Sección 9 a pagar tal cantidad, y el Deudor vendrá obligado bajo la Sección 9 a repagarla al Prestador. El Prestador podrá revocar el relevo en cuanto a cualquier o todas las Partidas en Reserva en cualquier momento mediante aviso dado conforme a la Sección 14, y a partir de dicha revocación el Deudor pagará al Prestador todos los Fondos, y en las cantidades, requeridas bajo esta Sección 3.------------------

-----Lender may, at any time, collect and hold Funds in an amount (a) sufficient to allow Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a Lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items, or otherwise, in accordance with Applicable Law. --------------------



-----El Prestador podrá, en cualquier momento, cobrar y retener Fondos en una cantidad (a) suficiente para permitir al Prestador aplicar los Fondos dentro del período especificado en RESPA, y (b) que no exceda la cantidad máxima que un prestador puede requerir bajo RESPA. El Prestador estimará la cantidad de Fondos por pagar a base de datos actualizados y estimados razonables de gastos futuros para Partidas en Reserva, o de cualquier otra forma, conforme a la Ley Aplicable. -----------

-----The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA. -------------------------------------------------------------------

-----Los Fondos se retendrán en una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad, o entidad federal



*(Incluyendo el Prestador, si el Prestador es una institución cuyos depósitos están así asegurados) o en cualquier Federal Home Loan Bank. El Prestador aplicará los Fondos para pagar Partidas en Reserva no más tarde de la fecha especificada en RESPA. El Prestador no le cobrará al Deudor por retener y aplicar los Fondos, por analizar anualmente la cuenta de reserva, o por verificar las Partidas en Reserva, a menos que el Prestador le pague al Deudor intereses sobre los Fondos y la Ley Aplicable permita al Prestador imponer tal cargo. Salvo acuerdo por escrito o si la Ley Aplicable requiere el pago de intereses sobre los Fondos, el Prestador no estará obligado a pagar al Deudor intereses o ganancias sobre los Fondos. El Deudor y el Prestador podrán acordar por escrito, sin embargo, que se paguen intereses sobre los Fondos. El Prestador dará al Deudor, sin cargo, un estado de cuenta anual de los Fondos según sea requerido por RESPA.*-----------------------------------------

-----If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess Funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than twelve (12) monthly payments.--------------------------------------------------------------------

-----*Si hay un sobrante de Fondos mantenidos en cuenta de reserva, según se define en RESPA, el Prestador rendirá cuenta al Deudor por el exceso de los Fondos, conforme a RESPA. Si hubiese una deficiencia de Fondos mantenidos en reserva, según se define en RESPA, el Prestador lo notificará al Deudor, según requerido por RESPA, y el Deudor pagará al Prestador la cantidad necesaria para cubrir la deficiencia de conformidad con RESPA, pero en no más de doce (12) pagos mensuales.* -----------------

-----Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender. -----

-----*Luego de recibir el pago completo de las cantidades aseguradas por esta Hipoteca, el Prestador reembolsará prontamente al Deudor cualesquiera Fondos que el Prestador conserve.* -----------------------------

-----**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines and impositions attributable to the Property, which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.-------------------------------------

-----**4. *Cargos; Gravámenes.*** *El Deudor pagará todas las contribuciones, gravámenes, cargos, multas e imposiciones atribuibles a la Propiedad que pudieran adquirir prioridad sobre esta Hipoteca, pagos por arrendamiento de la Propiedad o del terreno, si alguno, y Cuotas Comunales de Asociación, Cargos y Contribuciones, si alguna. En la medida en que estas partidas sean Partidas en Reserva, el Deudor las pagará en la forma provista en la Sección 3.*-----------------------------------------------

-----Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien, which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within ten (10) days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4. -------------------------

-----*El Deudor cancelará prontamente cualquier gravamen que tenga prioridad sobre esta Hipoteca a menos que el Deudor: (a) acuerde por escrito el pago de la obligación garantizada por el gravamen de forma aceptable al Prestador, pero sólo mientras el Deudor esté cumpliendo con*

*tal acuerdo; (b) impugne de buena fe el gravamen o defienda contra su ejecución mediante procesos legales que, en la opinión del Prestador, impidan la ejecución del gravamen mientras esos procedimientos estén pendientes, pero sólo hasta que tales procedimientos concluyan; o (c) obtenga del tenedor del gravamen un acuerdo satisfactorio al Prestador postergando el gravamen a esta Hipoteca. Si el Prestador determina que cualquier parte de la Propiedad está sujeta a un gravamen que pudiera adquirir prioridad sobre esta Hipoteca, el Prestador podrá dar aviso al Deudor señalando el gravamen. Dentro de diez (10) días a partir de la fecha de tal aviso, el Deudor satisfará el gravamen o tomará una o más de las acciones descritas en esta Sección 4. -----*

-----**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards, including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remapping or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower. -----

-----**5. *Seguro de Propiedad.*** *El Deudor mantendrá aseguradas las mejoras ahora existentes o que en el futuro se erijan en la Propiedad, contra pérdida por fuego, riesgos incluidos dentro del término "cubierta extendida", y cualquier otro riesgo, incluyendo pero sin limitarse a, terremotos e inundaciones, para los cuales el Prestador requiera seguro. Este seguro se mantendrá por las cantidades (incluyendo niveles de deducible), y por los períodos que el Prestador requiera. Lo que el Prestador requiera conforme a las oraciones que preceden puede variar durante el término del Préstamo. La empresa de seguros que provea el seguro será seleccionada por el Deudor, sujeto al derecho del Prestador de desaprobar la empresa seleccionada, cuyo derecho no se ejercitará irrazonablemente. Con relación a este Préstamo, el Prestador puede requerir que el Deudor pague uno de los siguientes: (a) un cargo, una sola vez, por servicios de determinación, certificación y seguimiento de zona inundable, o (b) un cargo, una sola vez, por servicios de determinación y certificación de zona inundable, y cargos posteriores cada vez que se hagan nuevos mapas, u ocurran cambios que razonablemente puedan afectar tal determinación o certificación. El Deudor también será responsable por el pago de cualquier cargo impuesto por la Federal Emergency Management Agency relacionado con la revisión de cualquier determinación de zona inundable que sea necesaria debido a una objeción del Deudor.-----*



-----If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage at Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of such insurance coverage might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument, shall bear interest at the Note rate from the date of disbursement, and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.-----

-----*Si el Deudor deja de mantener cualquiera de las cubiertas antes descritas, el Prestador podrá obtener tal cubierta de seguro por cuenta y cargo del Deudor. El Prestador no está obligado a comprar ningún tipo o*

*cantidad particular de cubierta. Por lo tanto, dicha cubierta protegerá al Prestador, pero pudiera o no proteger al Deudor, su interés en la Propiedad, o el contenido de la Propiedad, contra cualquier riesgo, peligro o responsabilidad, y podría proveer mayor o menor protección que la cubierta que estaba en vigor previamente. El Deudor reconoce que el costo de la cubierta de seguro así obtenida pudiera exceder significativamente el costo de la cubierta de seguro que el Deudor podía haber obtenido. Cualesquiera cantidades desembolsadas por el Prestador bajo esta Sección 5 se convertirán en deuda adicional del Deudor, garantizadas por esta Hipoteca, devengarán intereses a la tasa establecida en el Pagaré desde la fecha de desembolso, y serán pagaderas, con dichos intereses, cuando el Prestador notifique al Deudor requiriendo su pago. --*

-----All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee. --------------------------------------------------

-----*Todas las pólizas de seguro requeridas por el Prestador y sus renovaciones estarán sujetas al derecho del Prestador de desaprobar las mismas, incluirán una cláusula hipotecaria estándar, y nombrarán al Prestador como acreedor hipotecario y/o como acreedor hipotecario adicional. El Prestador tendrá el derecho de retener las pólizas y los certificados de renovación. Si el Prestador lo requiere, el Deudor le entregará prontamente todos los recibos de las primas pagadas y de los avisos de renovación. Si el Deudor obtiene cualquier forma de cubierta de seguro no requerida por el Prestador, por daños a o destrucción de la Propiedad, tal póliza contendrá una cláusula estándar de hipoteca y nombrará al Prestador como acreedor hipotecario y/o como beneficiario adicional.----*

-----In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.------------------------------------------

-----*El Deudor dará pronto aviso al asegurador y al Prestador en caso de pérdida. El Prestador podrá someter la reclamación correspondiente si el Deudor no lo hace prontamente. Salvo que el Prestador y el Deudor acuerden otra cosa por escrito, cualquier indemnización de seguro, haya o no el Prestador requerido el seguro subyacente, será aplicada a la restauración o reparación de la Propiedad, si la restauración o reparación es económicamente viable y la garantía del Prestador no se menoscaba. Durante dicho período de reparación o restauración, el Prestador tendrá el derecho de retener la indemnización del seguro hasta tanto haya tenido la oportunidad de inspeccionar la Propiedad y asegurarse que la reparación se haya completado a su satisfacción; disponiéndose, que el Prestador realizará tal inspección prontamente. El Prestador podrá desembolsar fondos para las reparaciones y restauraciones en un solo*

*pago, o en una serie de pagos según se vaya completando el trabajo. Salvo que haya un acuerdo por escrito o la Ley Aplicable requiera que se paguen intereses sobre dicha indemnización de seguro, el Prestador no estará obligado a pagar al Deudor intereses o rédito alguno sobre tal indemnización. Los honorarios de ajustadores públicos u otras terceras personas contratadas por el Deudor no se pagarán del rédito del seguro, y serán obligación exclusiva del Deudor. Si la restauración o reparación no es económicamente viable, o si la garantía del Prestador se menoscabare, la indemnización del seguro será aplicada a las cantidades aseguradas por esta Hipoteca, estuvieran o no entonces vencidas, y el excedente, si alguno, se le pagará al Deudor. Tal indemnización del seguro será aplicada en el orden que se dispone en la Sección 2. -------------------------------------------*

-----If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within thirty (30) days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The thirty (30) day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender: (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.-------------------------------------------------------------------

*-----Si el Deudor abandona la Propiedad, el Prestador podrá radicar, negociar y transigir cualquier reclamación de seguro disponible y asuntos relacionados. Si dentro de treinta (30) días de recibirlo, el Deudor no responde a un aviso del Prestador de que la compañía de seguros ha ofrecido transigir una reclamación, el Prestador podrá negociar y transigir la reclamación. El periodo de treinta (30) días comenzará cuando se dé el aviso. En cualquier caso, o si el Prestador adquiere la Propiedad bajo la Sección 22 o de otra forma, el Deudor por la presente le cede al Prestador: (a) los derechos del Deudor a cualquier indemnización de seguro, hasta una suma que no exceda las cantidades adeudadas bajo el Pagaré o esta Hipoteca, y (b) cualquier otro derecho del Deudor (salvo el derecho a cualquier reembolso por primas no devengadas pagadas por el Deudor) bajo todas las pólizas de seguro que cubran la Propiedad, en la medida en que dichos derechos sean aplicables a la cubierta de la Propiedad. El Prestador podrá usar la indemnización del seguro para reparar o restaurar la Propiedad o pagar cualquier cantidad adeudada bajo el Pagaré o bajo esta Hipoteca, esté o no vencida tal cantidad. -------*



-----6. **Occupancy.** Borrower shall occupy, establish and use the Property as Borrower's principal residence within sixty (60) days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one (1) year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.-------------------------------------------

*-----6. Ocupación. El Deudor ocupará, establecerá y usará la Propiedad como su residencia principal dentro de los sesenta (60) días después del otorgamiento de esta Hipoteca y continuará ocupando la Propiedad como su residencia principal por lo menos durante un (1) año después de la fecha en que comenzó su ocupación, salvo que el Prestador acuerde otra cosa por escrito, cuyo consentimiento no será irrazonablemente denegado, o a menos que existan circunstancias atenuantes que estén fuera del control del Deudor. -------------------------------------------------------------*

-----7. **Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged, to avoid further deterioration or



damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment, or in a series of payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of the obligation to complete such repair or restoration.---------------------------------------------

-----7. *Conservación, Mantenimiento y Protección de la Propiedad; Inspecciones. El Deudor no destruirá, dañará o menoscabará la Propiedad, ni permitirá que la Propiedad se deteriore o desmerezca. Esté o no el Deudor viviéndola, el Deudor mantendrá la Propiedad para evitar que ésta se deteriore o disminuya en valor debido a su condición. Salvo que se determine conforme a la Sección 5 que la reparación o restauración no es económicamente viable, el Deudor prontamente reparará la Propiedad si ésta ha sufrido daños, para evitar más deterioro o daño. Si se reciben pagos de seguro en caso de daños a la Propiedad, o compensación en caso de su expropiación, el Deudor será responsable por la reparación o restauración de la Propiedad solamente si el Prestador ha liberado fondos para tales propósitos. El Prestador puede desembolsar fondos para reparaciones y restauración en un solo pago, o en una serie de pagos según se vaya completando el trabajo. Si la indemnización del seguro o de la expropiación no es suficiente para reparar o restaurar la Propiedad, el Deudor no queda relevado de su obligación de completar tal reparación o restauración.* --------------------------------------------------------------

-----If condemnation proceeds are paid in connection with the taking of the property, Lender shall apply such proceeds to the reduction of the indebtedness under the Note and this Security Instrument, first to any delinquent amounts, and then to payment of principal. Any application of the proceeds to the principal shall not extend or postpone the due date of the monthly payments or change the amount of such payments. --------------

---Si réditos son pagados como parte de la expropiación de la propiedad, el Prestador aplicará dichos fondos a la reducción de la deuda bajo el Pagaré y este Instrumento de Garantía, primero en las cantidades en mora, y luego al pago del principal. Cualquier aplicación de los réditos al principal no prorrogará ni pospondrá la fecha de vencimiento de los pagos mensuales o cambiar el monto de dichos pagos.---------------------------------------------------

-----Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior or the improvements on the Property, but shall give Borrower notice at the time of or prior to an interior inspection specifying such reasonable cause.

-----*El Prestador o sus agentes podrán entrar y hacer inspecciones razonables a la Propiedad. El Prestador podrá inspeccionar su interior o las mejoras a la Propiedad, si tiene causa razonable para hacerlo, pero dará al Deudor aviso razonable de la inspección, al momento de la misma o previo a ella, especificando las causas para conducirla.* ------------------

-----8. **Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence. --------------------------------

-----8. *Solicitud de Préstamo del Deudor. El Deudor estará en incumplimiento si, durante el proceso de solicitud del Préstamo, el Deudor, o cualquier persona o entidad actuando bajo instrucciones del Deudor, o con el conocimiento y consentimiento del Deudor, dio al Prestador información o declaraciones materialmente falsas, engañosas o inexactas (o no proveyeron información material al Prestador) respecto al Préstamo. Las representaciones materiales incluyen, pero no están limitadas a, representaciones sobre la ocupación de la Propiedad por el Deudor como su residencia principal.* -------------------------------------------------------

-----9. **Protection of Lender's Interest in the Property and Rights under**

this Security Instrument. If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument, (b) appearing in court, and (c) paying reasonable attorney's fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.---

-----*9. Protección del Interés del Prestador en la Propiedad y Derechos bajo esta Hipoteca. Si (a) el Deudor incumple con los convenios y acuerdos contenidos en esta Hipoteca, (b) hay un procedimiento legal que pudiera afectar significativamente el interés del Prestador sobre la Propiedad y/o sus derechos bajo esta Hipoteca (tales como un procedimiento de quiebra, una expropiación forzosa o confiscación, para imponer un gravamen que pueda adquirir prioridad sobre esta Hipoteca, o hacer cumplir leyes o reglamentos), o, (c) el Deudor ha abandonado la Propiedad, entonces el Prestador podrá realizar y pagar por lo que fuere razonable o apropiado para proteger el interés del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, incluyendo proteger y/o tasar el valor de la Propiedad, y asegurar y/o reparar la Propiedad. Las acciones del Prestador pueden incluir, pero no están limitadas a: (a) pagar cualquier suma garantizada por un gravamen que tenga prioridad sobre esta Hipoteca; (b) comparecer en corte; y (c) pagar honorarios razonables de abogados para proteger su interés en la Propiedad y/o sus derechos bajo esta Hipoteca, incluyendo su posición garantizada en un procedimiento de quiebra. Asegurar la Propiedad incluye, pero no se limita a, entrar a la Propiedad para hacer reparaciones, cambiar cerraduras, reemplazar o poner tablas en las puertas y ventanas, drenar tuberías, subsanar o eliminar violaciones a códigos de construcción u otros, eliminar condiciones peligrosas, y conectar o desconectar servicios de agua, electricidad y otros. Aunque el Prestador puede tomar medidas bajo esta Sección 9, el Prestador no tiene que hacerlo y no tiene ningún deber u obligación de así hacerlo. Se acuerda que el Prestador no incurre en responsabilidad alguna por no tomar alguna o todas las medidas autorizadas bajo esta Sección 9.*-----------------------------*



-----Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement, and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment. -----------------------------------------

-----*Cualesquiera cantidades desembolsadas por el Prestador bajo esta Sección 9 se convertirán en una deuda adicional del Deudor garantizada por esta Hipoteca. Estas cantidades devengarán intereses a la tasa establecida en el Pagaré, desde la fecha de su desembolso y serán pagaderas, con tales intereses, cuando el Prestador notifique al Deudor requiriendo su pago.* -------------------------------------------

-----If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing. -----------------------------------------

-----*Si esta Hipoteca es sobre un bien arrendado, el Deudor cumplirá con todas las disposiciones del contrato de arrendamiento. Si el Deudor adquiere título de dominio sobre la Propiedad, no operará la confusión de*

*derechos entre el arrendamiento y el título de dominio a menos que el Prestador dé su consentimiento por escrito.* -----------------------------------

-----10. **Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

-----*10. Cesión de Réditos Misceláneos; Confiscación. Por la presente se ceden y serán pagaderos al Prestador todos los Réditos Misceláneos.* -----

-----If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2. -----------------------------------

-----*Si la Propiedad sufre daños, tales Réditos Misceláneos se aplicarán a la restauración o reparación de la Propiedad, si la restauración o reparación es económicamente viable y no se menoscaba la garantía del Prestador. Durante tal período de reparación y restauración, el Prestador tendrá el derecho a retener los Réditos Misceláneos hasta que el Prestador haya tenido la oportunidad de inspeccionar la Propiedad para asegurar que el trabajo se haya completado a su satisfacción, disponiéndose que el Prestador realizará prontamente dicha inspección. El Prestador podrá pagar por las reparaciones y restauraciones en un solo desembolso, o en una serie de pagos según se vaya completando el trabajo. Salvo que haya un acuerdo escrito o que la Ley Aplicable requiera que se paguen intereses sobre dichos Réditos Misceláneos, el Prestador no estará obligado a pagar al Deudor intereses o ganancia alguna sobre dichos Réditos Misceláneos. Si la reparación o restauración no es económicamente viable o la garantía del Prestador se menoscabaría, los Réditos Misceláneos se aplicarán a las cantidades aseguradas por esta Hipoteca, estén o no entonces vencidas, y el excedente, si alguno, se pagará al Deudor. Se aplicarán tales Réditos Misceláneos en el orden que se dispone en la Sección 2.* --------------------

-----In the event of total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not then due, with the excess, if any, paid to Borrower. -----------------------------------------------------------------

-----*En caso de ocurrir una expropiación total, destrucción total o pérdida total en el valor de la Propiedad, los Réditos Misceláneos se aplicarán a las cantidades garantizadas por esta Hipoteca, estén o no vencidas, y el excedente, si alguno, se pagará al Deudor.* -----------------------------------

-----In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.-----------------------------------------------------------------

-----*En caso de ocurrir una expropiación parcial, destrucción o pérdida en el valor de la Propiedad, cuando el justo valor en el mercado de la*

*Propiedad inmediatamente antes de tal expropiación, parcial destrucción o pérdida en valor sea igual o mayor a las sumas garantizadas por esta Hipoteca inmediatamente antes de tal expropiación, destrucción o pérdida, y a menos que el Deudor y el Prestador acuerden otra cosa por escrito, se reducirán las sumas garantizadas por esta Hipoteca por la cantidad que resulte de multiplicar los Réditos Misceláneos por la siguiente fracción: (a) el total de las cantidades garantizadas inmediatamente antes de tal expropiación parcial, destrucción o pérdida en valor, dividido por (b) el justo valor en el mercado de la Propiedad inmediatamente antes de tal expropiación parcial, destrucción o pérdida en valor. Se le pagará al Deudor cualquier sobrante. --------------------------------------------------------*

-----In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due. --------------------

*-----En caso de ocurrir una expropiación parcial, destrucción o pérdida en valor de la Propiedad, cuando el justo valor en el mercado de la Propiedad inmediatamente antes de la expropiación parcial, destrucción o pérdida en valor sea menor a las cantidades garantizadas por esta Hipoteca inmediatamente antes de la expropiación parcial, destrucción o pérdida en valor, a menos que el Deudor y el Prestador acuerdan otra cosa por escrito, los Réditos Misceláneos se aplicarán a las sumas garantizadas por esta Hipoteca, hayan o no vencido dichas sumas.--------*

-----If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, and Borrower fails to respond to Lender within thirty (30) days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.



*-----Si el Deudor abandona la Propiedad, o si después que el Prestador avisa al Deudor que la Parte Adversa (según se define en la próxima oración) ofrece transigir una reclamación por daños, y el Deudor no le contesta al Prestador dentro de los treinta (30) días siguientes a tal notificación, el Prestador quedará autorizado a cobrar y aplicar los Réditos Misceláneos, ya sea a la restauración o reparación de la Propiedad, o a las cantidades garantizadas por esta Hipoteca, hayan o no vencido para entonces. "Parte Adversa" significa un tercero que le adeuda al Deudor Réditos Misceláneos o la parte contra quien el Deudor tiene una causa de acción relacionada con Réditos Misceláneos. ----------------------*

-----Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument, Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 18, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender. -----------------------------------

*-----El Deudor estará en incumplimiento si se comienza cualquier acción o procedimiento civil o criminal, que a juicio del Prestador pudiera resultar en la confiscación de la Propiedad u otro menoscabo material en el interés del Prestador sobre la Propiedad, o en sus derechos bajo esta Hipoteca. El Deudor podrá subsanar tal incumplimiento y, si ya se ha acelerado el vencimiento de la Deuda, reinstalar el Préstamo según se dispone en la Sección 18, si logra que se desestime la acción o procedimiento mediante una decisión que, a juicio del Prestador, precluya confiscación de la Propiedad u otro menoscabo material del interés del Prestador sobre la Propiedad, o de sus derechos bajo esta Hipoteca. El Deudor por la*



*presente cede al Prestador todo producto de cualquier adjudicación o reclamación por daños que sea atribuible al menoscabo del interés del Prestador sobre la Propiedad, y dicho producto será pagado al Prestador.*

-----All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2. -----

*-----Todo Rédito Misceláneo que no sea aplicado a la restauración o reparación de la Propiedad será aplicado en el orden dispuesto en la Sección 2. -------------------------------------------------------------------------*

-----11. <u>Borrower Not Released; Forbearance by Lender Not a Waiver</u>. Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify the amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy. ---------------------------------------------

*-----11. <u>El Deudor No Queda Relevado; Indulgencia por Parte del Prestador No Es Renuncia</u>. Ni la extensión del término para el pago, ni la modificación de la amortización de las cantidades aseguradas por esta Hipoteca, concedidas por el Prestador al Deudor o cualquier Sucesor en Interés del Deudor, operará como relevo de responsabilidad del Deudor, ni de ningún Sucesor en Interés del Deudor. El Prestador no estará obligado a comenzar procedimientos en contra de ningún Sucesor en Interés del Deudor, ni estará obligado a rehu*
*sar extender el término para pagar o de otra manera modificar la amortización de las cantidades aseguradas por esta Hipoteca, por razón de cualquier requerimiento hecho por el Deudor original o por cualquier Sucesor en Interés del Deudor. Ninguna indulgencia por parte del Prestador en el ejercicio de cualquier derecho o remedio, incluyendo, sin limitaciones, aceptar pagos provenientes de terceras personas, entidades o Sucesores en Interés del Deudor o por cantidades menores a las entonces vencidas, se considerará como renuncia ni impedirá el ejercicio de cualquier derecho o remedio.----------------------------------------------------*

-----12. <u>Joint and Several Liability; Co-signers; Successors and Assigns</u>. Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.-------------------------------------------------------------------------

*-----12. <u>Responsabilidad Solidaria; Cofirmantes; Sucesores y Cesionarios</u>. El Deudor conviene y acuerda que sus obligaciones y responsabilidades serán solidarias. Sin embargo, cualquier Deudor que co-firme esta Hipoteca pero no firme el Pagaré (un "co-firmante"): (a) está co-firmando esta Hipoteca solamente para hipotecar el interés del co-firmante en la Propiedad bajo los términos de esta Hipoteca; (b) no está obligado personalmente a pagar las cantidades aseguradas por esta Hipoteca; y (c) acuerda que el Prestador y cualquier otro Deudor pueden acordar extender, modificar, tolerar o realizar cualquier acomodo relacionado con los términos de esta Hipoteca o del Pagaré sin el consentimiento del co-firmante. ---------------------------------------------*

-----Subject to the provisions of Section 17, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower

shall not be released from Borrower's obligations and liabilities under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 19) and benefit the successors and assigns of Lender. -

-----*Sujeto a las disposiciones de la Sección 17, cualquier Sucesor en interés del Deudor que asuma por escrito las obligaciones del Deudor bajo esta Hipoteca y sea aprobado por el Prestador, obtendrá todos los derechos y los beneficios del Deudor bajo esta Hipoteca. El Deudor no quedará liberado de sus obligaciones y responsabilidades bajo esta Hipoteca, a menos que el Prestador acuerde liberarlo por escrito. Los convenios y acuerdos de esta Hipoteca obligarán (excepto según se establece en la Sección 19) y beneficiarán a los sucesores y cesionarios del Prestador. --------------*

-----**13. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. Lender may collect fees and charges authorized by the Secretary. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law. ----------------

-----***13. Cargos del Préstamo.*** *El Prestador podrá cobrar al Deudor los honorarios por servicios prestados por motivo de un incumplimiento por parte del Deudor, con el fin de proteger los intereses del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, incluyendo, sin limitación, honorarios de abogados, inspección de la propiedad y cargos por tasación. El Prestador podrá cobrar los cargos y honorarios autorizados por el Secretario. El Prestador no podrá cargar gastos que estén expresamente prohibidos por esta Hipoteca o por la Ley Aplicable. ------------------------*

-----If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial payment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund will constitute a waiver of any right of action Borrower might have arising out of such overcharge. -------------------------------------

-----*Si el Préstamo está sujeto a una ley que establece cargos máximos para préstamos, y esa ley se interpreta en forma final en el sentido de que los intereses u otros cargos cobrados o por cobrar con relación al Préstamo exceden los límites permitidos, entonces: (a) dichos cargos se reducirán por la cantidad necesaria para reducir el cargo al límite permitido; y (b) cualquier cantidad cobrada al Deudor que exceda los límites permitidos será reembolsada al Deudor. El Prestador podrá optar por hacer este reembolso mediante una reducción del principal adeudado bajo el Pagaré, o haciendo un pago directo al Deudor. Si se utiliza el reembolso para reducir el principal, la reducción se tratará como un pago parcial sin ningún cargo por pago anticipado (esté o no provisto tal cargo por pago anticipado en el Pagaré). La aceptación por el Deudor de cualquier reembolso constituirá una renuncia de cualquier causa de acción que el Deudor pudiera tener por motivo de tal sobrecargo.------------------*

-----**14. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address



through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument. -----

-----*14. Notificaciones. Toda notificación dada por el Deudor o el Prestador con relación a esta Hipoteca será por escrito. Cualquier notificación hecha al Deudor con relación a esta Hipoteca se estimará haber sido dada al Deudor cuando se envíe por correo de primera clase o cuando de hecho se entregue a la dirección notificada por el Deudor si se envía por cualquier otro medio. La notificación a cualquier Deudor constituirá notificación a todos los Deudores, salvo que la Ley Aplicable expresamente disponga otra cosa. La dirección para notificaciones al Deudor será la dirección de la Propiedad a menos que el Deudor haya designado una dirección de notificación sustituta mediante notificación al Prestador. El Deudor notificará prontamente al Prestador su cambio de dirección. Si el Prestador especifica un procedimiento para informar un cambio de dirección del Deudor, el Deudor informará el cambio de dirección únicamente mediante ese procedimiento especificado por el Prestador. En todo momento podrá haber solamente una dirección designada para notificaciones bajo esta Hipoteca. Cualquier notificación al Prestador será dada entregándola o enviándola por correo de primera clase a la dirección del Prestador aquí indicada salvo que el Prestador haya designado otra dirección mediante notificación al Deudor. Ninguna notificación con relación a esta Hipoteca se considerará hecha al Prestador hasta que sea recibida por éste. Si cualquier notificación requerida en esta Hipoteca es también requerida por la Ley Aplicable, el requerimiento de la Ley Aplicable satisfará el requisito correspondiente bajo esta Hipoteca.* -------------------------------------------------

-----**15. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract, or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision. ------------------------

-----*15. Ley Aplicable; Separabilidad; Reglas de Interpretación. Esta Hipoteca se regirá por la ley federal y la ley de la jurisdicción en la cual ubica la Propiedad. Todos los derechos y las obligaciones contenidas en esta Hipoteca están sujetas a cualquier requisito y limitación de la Ley Aplicable. La Ley Aplicable puede explícita o implícitamente permitir que las partes acuerden mediante contrato, o puede guardar silencio, pero tal silencio no se interpretará como una prohibición del acuerdo contractual. Si alguna disposición o cláusula de esta Hipoteca o del Pagaré confligiese con la Ley Aplicable, tal conflicto no afectará otras disposiciones de esta Hipoteca o del Pagaré que puedan hacerse valer sin la disposición conflictiva.* -------------------------------------------------

-----As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" merely gives sole discretion without any obligation to take any action. ------------------------------------

-----*En esta Hipoteca: (a) las palabras utilizadas en el género masculino incluirán las del género femenino; (b) las utilizadas en el singular incluirán el plural, y viceversa; y (c) la palabra "podrá" meramente dará discreción, sin obligación de tomar acción alguna.* ---------------------------

-----**16. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument. -------------------------------------------------

-----16. *Copia del Deudor.* Al Deudor se le entregará una copia del Pagaré y de esta Hipoteca. ------------------------------------------------------------------

-----17. **Transfer of the Property or a Beneficial Interest in Borrower**. As used in this Section 17, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser. ------------------

-----17. *Traspaso de la Propiedad o de un Interés Beneficiario del Deudor. Según se utiliza en esta Sección 17, "Interés en la Propiedad" significa todo interés propietario o beneficiario en la Propiedad, incluyendo, pero sin limitarse a, aquellos intereses beneficiarios transferidos como pacto condicional de traspaso, contrato para venta, contrato de venta a plazos o acuerdo de plica, cuya intención sea el traspaso de título por el Deudor a un comprador en fecha futura.* -----------

-----If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. --------------------

-----*Si sin el previo consentimiento del Prestador se vende o traspasa toda o cualquier parte de la Propiedad, o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Prestador podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por esta Hipoteca. Sin embargo, el Prestador no ejercerá esta opción en caso que la Ley Aplicable la prohíba.* -----------------------------------------------

-----If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than thirty (30) days from the date the notice is given in accordance with Section 14 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower. ---------------------------------



-----*Si el Prestador ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. Conforme a la Sección 14, el aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por esta Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Prestador podrá invocar cualquier remedio permitido por esta Hipoteca, sin más aviso o requerimiento al Deudor.* ----

-----18. **Borrower's Right to Reinstate after Acceleration**. If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. However, Lender is not required to permit reinstatement if: (i)    Lender has accepted reinstatement after the commencement of foreclosure proceedings within two  years immediately preceding the commencement of a  current foreclosure proceeding, (ii) reinstatement  will preclude foreclosure on different grounds in the future, or (iii) reinstatement will adversely  affect the priority of the lien created by this  Security Instrument. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash, (b) money order, (c) certified check, bank



check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 17. --------------------------------------------------------

-----*18. El Derecho del Deudor a Reinstalar después de la Aceleración. Si el Deudor cumple con ciertas condiciones, el Deudor tendrá el derecho de detener la ejecución de esta Hipoteca.. Tales condiciones son que el Deudor: (a) pague al Prestador todas las cantidades entonces adeudadas bajo esta Hipoteca y el Pagaré como si la aceleración no hubiera ocurrido; (b) subsane cualquier incumplimiento de cualquier otro pacto o convenio; (c) pague todos los gastos incurridos en la ejecución de esta Hipoteca, incluyendo, pero sin limitarse a, honorarios razonables de abogado, gastos de inspección y tasación de la propiedad y otras gastos incurridos con el propósito de proteger el interés del Prestador en la Propiedad y sus derechos bajo esta Hipoteca; y (d) tome la acción que el Prestador pueda razonablemente requerir para asegurar que queden inalterados el interés del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, y la obligación del Deudor de pagar las cantidades aseguradas por esta Hipoteca. Sin embargo, el Acreedor Hipotecario no está obligado a permitir la reinstalación si: (i) el Acreedor Hipotecario ya ha aceptado una reinstalación después de haber comenzado un procedimiento de ejecución dentro de los dos años inmediatamente anteriores al comienzo del procedimiento de ejecución actual, (ii) la reinstalación impide una ejecución por razones diferentes en el futuro, o (iii) la reinstalación habrá de afectar adversamente el rango del gravamen creado por esta Hipoteca. El Prestador podrá requerir que el Deudor pague tales cantidades de reinstalación y gastos en una o más de las siguientes maneras, a opción del Prestador: (a) en efectivo, (b) giro, (c) cheque certificado, cheque oficial de una institución financiera o cheque de gerente, siempre y cuando tal cheque sea librado por o contra una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad o entidad federal; o (d) Transferencia Electrónica de Fondos. Al ser reinstalada por el Deudor, esta Hipoteca y las obligaciones aquí garantizadas permanecerán plenamente en vigor como si la aceleración no hubiera ocurrido. Sin embargo, el derecho del Deudor a reinstalar no aplicará en el caso de aceleración bajo la Sección 17. -------*

-----19. Sale of Note; Change of Loan Servicer; Notice of Grievance. The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower not assumed by the Note purchaser unless otherwise provided will remain with the Loan Servicer or be transferred to a successor Loan Servicer(s) and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.-----------

-----*19. Venta del Pagaré; Cambio de Administrador del Préstamo; Aviso de Quejas. El Pagaré o un interés parcial en el Pagaré (conjuntamente con esta Hipoteca) puede ser vendido una o más veces sin aviso previo al Deudor. Una venta podría resultar en un cambio de la entidad (conocida como "Administrador del Préstamo") que cobra los Pagos Periódicos vencidos bajo el Pagaré y esta Hipoteca y realiza otras obligaciones de administración bajo el Pagaré, esta Hipoteca y la Ley Aplicable. También podrá haber uno o más cambios del Administrador del Préstamo no relacionados a la venta del Pagaré. Si hay un cambio de Administrador del Préstamo, el Deudor será notificado por escrito del cambio, dicho aviso proveerá el nombre y la dirección del nuevo Administrador del Préstamo, la dirección a la que se deben remitir los pagos y cualquier otra*

*información requerida por RESPA con relación al aviso de traspaso de administración del préstamo. Si se vende el Pagaré y otra entidad que no es su comprador asume la administración del Préstamo, dicho comprador no será responsable por el cumplimiento de aquellas obligaciones de administración que no haya asumido, a menos que acuerde otra cosa. -----*

-----**20. Borrower Not Third-Party Beneficiary to Contract of Insurance.** Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower acknowledges and agrees that the Borrower is not a third party beneficiary to the contract of insurance between the Secretary and Lender, nor is Borrower entitled to enforce any agreement between Lender and the Secretary, unless explicitly authorized to do so by Applicable Law.

---***20. Deudor No es Tercera Parte Beneficiaria en el Contrato de Seguro:*** *El Seguro Hipotecario compensa al Prestador (o a cualquier entidad que compre el Pagaré) por ciertas pérdidas que pueda sufrir si el Deudor no paga el Préstamo según pactado. El Deudor reconoce y acepta que el prestatario no es una tercera parte beneficiaria del contrato de seguro entre el Secretario y el Prestador, ni el Deudor tiene derecho a hacer valer cualquier acuerdo entre el Prestador y el Secretario, a menos que expresamente autorizado para ello por la Ley Aplicable.-----------------*

-----**21. Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants or wastes by Environmental Law, and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup. -----------------------------------------------

-----***21. Sustancias Peligrosas.*** *Según usado en esta Sección 21: (a) "Sustancias Peligrosas" son aquellas sustancias definidas en la Ley Ambiental como sustancias tóxicas o peligrosas, contaminantes o desperdicios, y las siguientes sustancias: gasolina, keroseno, otros productos de petróleo inflamables o tóxicos, pesticidas tóxicos y herbicidas, solventes volátiles, materiales que contengan asbesto o formalina, y materiales radioactivos; (b) "Ley Ambiental" significa leyes federales y leyes de la jurisdicción donde ubica la Propiedad que atañen a la salud, seguridad o la protección ambiental; (c) "Limpieza Ambiental" incluye cualquier acción responsiva, acción remediativa o acción de remoción, según definidas en la Ley Ambiental, y (d) una "Condición Ambiental" significa una condición que pueda causar, contribuir a o de otra forma provocar una Limpieza Ambiental. --------------------------------*



-----Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and for maintenance of the Property (including, but not limited to hazardous substances in consumer products). ---------------------------------------------

-----*El Deudor no causará ni permitirá la presencia, uso, disposición, almacenaje o emanación de ninguna Sustancia Peligrosa, ni amenazará con descargar ninguna Sustancia Peligrosa, en o dentro de la Propiedad. El Deudor no hará ni permitirá que nadie haga alguna cosa que afecte la Propiedad (a) que sea en violación de la Ley Ambiental, (b) que cree una Condición Ambiental, o (c) que, debido a la presencia, el uso o la emanación de una Sustancia Peligrosa, cree una condición que afecte adversamente el valor de la Propiedad. Las dos oraciones que anteceden no aplicarán a la presencia, el uso o el almacenaje en la Propiedad de*



*pequeñas cantidades de Sustancias Peligrosas que generalmente se reconocen como apropiadas para uso residencial normal y para mantenimiento de la Propiedad (incluyendo, pero sin limitarse a, sustancias peligrosas que se encuentran en productos para uso por el consumidor).* -----------------------------------------------------------------

-----Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.-----------------------------

*-----El Deudor dará pronto aviso por escrito al Prestador de (a) cualquier investigación, reclamación, requerimiento, demanda u otra acción por cualquier agencia gubernamental o agencia reguladora o persona particular que envuelva la Propiedad y cualquier Sustancia Peligrosa o Ley Ambiental, de la cual el Deudor tenga conocimiento, (b) cualquier Condición Ambiental, incluyendo, pero sin limitarse a, cualquier derrame, filtración, descarga o amenaza de descarga de cualquier Sustancia Peligrosa, y (c) cualquier condición causada por la presencia, el uso o la descarga de una Sustancia Peligrosa que afecte adversamente el valor de la Propiedad. Si el Deudor se entera, o es notificado por cualquier autoridad gubernamental o autoridad reguladora, o persona particular, que es necesario remover u otra recuperación de cualquier Sustancia Peligrosa que esté afectando la Propiedad, el Deudor tomará prontamente todas las acciones remediativas necesarias de conformidad con la Ley Ambiental. Nada de lo aquí contenido creará obligación alguna para el Prestador de realizar una Limpieza Ambiental.* -----------------------------

-----FIFTH: <u>NON-UNIFORM COVENANTS</u>. Borrower and Lender, by the disbursal of funds evidenced by the Note, further covenant and agree as follows: -----------------------------------------------------------------

*-----QUINTO: <u>CONVENIOS NO UNIFORMES</u>. El Deudor y el Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, convienen y acuerdan además como sigue:* -----------------------------------

-----22. <u>Acceleration; Remedies</u>. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 17 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than thirty (30) days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may invoke the power of foreclosure and any other remedies permitted by Applicable Law. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence. -------------

*-----22. <u>Aceleración; Remedios</u>. El Prestador cursará notificación al Deudor antes de la aceleración, y luego del incumplimiento por parte del Deudor de cualquier convenio o acuerdo de esta Hipoteca (pero no antes de la aceleración contenida en la Sección 17, salvo que la Ley Aplicable indique lo contrario). La notificación especificará : (a) su incumplimiento; (b) la acción requerida para subsanar tal incumplimiento; (c) una fecha no*

*menor a treinta (30) días a partir del envío por correo del aviso al Deudor, para la cual vendrá obligado a subsanar el incumplimiento; y (d) que la falta de subsanar tal incumplimiento en o antes de la fecha especificada en el aviso podrá resultar en la aceleración de las cantidades garantizadas por esta Hipoteca, la ejecución judicial y la venta de la Propiedad. El aviso también informará al Deudor de su derecho a reinstalar el Préstamo después de la aceleración de su vencimiento, y del derecho a alegar en el procedimiento de ejecución la inexistencia del incumplimiento, o cualquier otra defensa que tenga el Deudor. Si no se subsana el incumplimiento en o antes de la fecha especificada en el aviso, el Prestador, a su opción, podrá declarar inmediatamente vencidas y pagaderas todas las sumas garantizadas por esta Hipoteca, sin más requerimiento, y podrá ejecutar esta Hipoteca mediante procedimiento judicial. El Prestador tendrá derecho a cobrar en tal procedimiento todos los gastos de ejecución, provistos en esta sección 22, incluyendo, sin limitación, honorarios de abogados, el costo de evidencia documentaria, informes y estudios de título, que sean razonables.--------------------------------------------------------*

-----**23. Release.** Upon payment of all sums secured by this Security Instrument, Lender shall release and cancel this Security Instrument. Borrower shall pay all recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law. --------------------------------------------------------

-----**23. Liberación.** *Al pago de todas las cantidades garantizadas por esta Hipoteca, el Prestador liberará y cancelará esta Hipoteca. El Deudor será responsable de los costos de inscripción. El Prestador podrá cobrar al Deudor un cargo por liberar esta Hipoteca, pero solamente si el cargo se paga a una tercera persona por servicios prestados y la Ley Aplicable permite dicho cargo.--------------------------------------------------------*

----**24. Lowest Bid.** Pursuant to the provisions of this Security Instrument and the Mortgage and Property Registry Act of Puerto Rico, Borrower and Lender value the Property at an amount equal to the original principal amount of the Note secured by this Mortgage, which value shall serve as lowest bid at the first auction in the event of foreclosure. --------------------

-----**24. Tipo Mínimo.** *De conformidad con las disposiciones de esta Hipoteca y la Ley Hipotecaria y del Registro de la Propiedad de Puerto Rico, el Deudor y el Prestador valoran la Propiedad en una cantidad igual a la suma original del principal del Pagaré garantizado por esta Hipoteca, cuyo valor servirá como tipo mínimo en la primera subasta en el caso de ejecución.--------------------------------------------------------*



-----**25. Assignment of Rents; Appointment of Receiver.** As additional security hereunder, Borrower hereby assigns to Lender the rents of the Property, provided that Borrower shall, prior to acceleration under Section 22 hereof or abandonment of the Property, have the right to collect and retain such rents as they become due and payable. --------------------------

-----**25. Cesión de Rentas; Nombramiento de Síndico.** *Como garantía adicional bajo esta Hipoteca, el Deudor por la presente cede al Prestador las rentas sobre la Propiedad, pero el Deudor, previo a ocurrir aceleración de vencimiento bajo la Sección 22 de esta Hipoteca o abandono de Propiedad, tendrá derecho a cobrar y retener dichas rentas según venzan y advengan pagaderas. --------------------------------------------*

-----Upon acceleration under Section 22 hereof or abandonment of the Property, Lender shall be entitled to have a receiver appointed by a court to enter upon, take possession of and manage the Property and to collect the rents of the Property including those past due. All rents collected by the receiver shall be applied first to payment of the costs of management of the Property and collection of rents, including, but not limited to, receiver's fees, premiums on receiver's bonds and attorneys' fees, and then to the sums secured by this Security Instrument. The receiver shall be liable to account only for those rents actually received. --------------------------------

-----*A partir de la aceleración de vencimiento bajo la Sección 22 de esta Hipoteca o abandono de la Propiedad, el Prestador tendrá derecho a que un tribunal de justicia nombre un síndico para que entre en la Propiedad, tome posesión de ella, la administre y cobre sus rentas vencidas y por*



*vencer. Todas las rentas cobradas por el síndico serán aplicadas primero al pago de los gastos de administración de la Propiedad y cobro de rentas, incluyendo, pero no limitado a, los honorarios del síndico, primas de fianzas del síndico y honorarios de abogados, y entonces a las cantidades garantizadas por esta Hipoteca. El Síndico será responsable de rendir cuentas solamente sobre aquellas rentas que reciba. ------------------------*

-----**26. Waiver of Homestead Rights.** Borrower hereby waives in favor of the Lender, to the fullest extent allowed by Applicable Law, all homestead and similar rights conferred upon Borrower by any Applicable Law, including, without limitation, the provisions of the Puerto Rico *Ley de Hogar Seguro*, Puerto Rico Laws Annotated, title 31, sections 1851 to 1857.-----------------------------------------------------------------------

-----**26. *Renuncia a los Derechos de Hogar Seguro*.** *El Deudor por la presente renuncia a favor del Prestador, al mayor grado permitido por la Ley Aplicable, todo derecho de hogar seguro y derechos similares conferidos al Deudor por cualquier Ley Aplicable, incluyendo pero sin limitación, a las disposiciones de la Ley de Hogar Seguro de Puerto Rico, Leyes de Puerto Rico Anotadas, título 31, secciones 1851 a 1857. ----------*

-----**27. Items Secured by this Security Instrument.** To secure to Lender or to the holder by endorsement of the Note (a) the repayment of the indebtedness evidenced by the Note, with interest thereon, (b) the performance of the covenants and agreements of Borrower herein contained, (c) an additional amount equal to ten percent (10%) of the original principal amount of the Note to cover costs, expenses and attorneys' fees of the Lender in enforcing its right under the Note to demand immediate repayment of the Note or to seek judicial collection or collection in any proceeding in bankruptcy of the Borrower, which amount shall be considered liquid and payable by the sole act of providing the Borrower with notice as stated in the Note or seeking collection and shall be in addition to the principal amount of the Note, (d) an additional amount equal to ten percent (10%) of the original principal amount of the Note to cover any other advances which may be made under this Security Instrument, and (e) an additional amount equal to ten percent (10%) of the original principal amount of the Note to cover interest in addition to that secured, and up to the maximum allowed by, Applicable Law, Borrower does hereby constitute a voluntary first mortgage on the Property. In the event this Security Instrument is not recorded at the Registry with the agreed rank, the same shall constitute a default hereunder entitling Lender to the remedies provided in Section 22 hereof.---------------------------------

-----**27. *Partidas Garantizadas por Esta Hipoteca*.** *Para garantizar al Prestador o al tenedor por endoso del Pagaré (a) el repago de la deuda evidenciada por el Pagaré, con intereses (b) el cumplimiento de los convenios y acuerdos del Deudor aquí contenidos, (c) una cantidad adicional igual al diez por ciento (10%) de la suma original del principal del Pagaré, para cubrir costas, gastos y honorarios de abogados incurridos por el Prestador al hacer valer sus derechos bajo el Pagaré de exigir repago inmediato del Pagaré o solicitar cobro por la vía judicial o cobro en cualquier procedimiento en una quiebra del Deudor, la cual suma será considerada líquida y exigible por el mero acto de dar aviso al Deudor según se establece en el Pagaré, o de gestionar cobro, y será adicional a la suma principal del Pagaré, (d) una cantidad adicional igual al diez por ciento (10%) de la suma original del principal del Pagaré, para cubrir cualquier otro adelanto que pueda ser hecho bajo esta Hipoteca, y (e) una cantidad adicional igual al diez por ciento (10%) de la suma original del principal del Pagaré, para cubrir intereses por encima de los asegurados por, y hasta el máximo permitido por, la Ley Aplicable, por la presente el Deudor constituye una primera hipoteca voluntaria sobre la Propiedad. Constituirá incumplimiento del Deudor el que esta Hipoteca no sea inscrita en el Registro con el rango acordado, lo que facultará al Prestador a ejercitar los remedios provistos en la Sección 22 de este documento. -------------------------------------------------------------*

-----*SIXTH:* BORROWER. The Borrower is (are):-------------------------
-----*SEXTA: DEUDOR: El Deudor es (son):* ------------------------------

----JOHANNA CARRERAS FIGUEROA, of legal age, unmarried, employee and resident of Las Piedras, Puerto Rico.-------------------------

---JOHANNA CARRERAS FIGUEROA, mayor de edad, soltera, empleada y vecina de Las Piedras, Puerto Rico.----------------------------------

---Having come to be personally known to me, the Notary, by reason of and on occasion of this execution. ------------------------------------------------------

---Yo, el Notario doy Fe del conocimiento personal del deudor hipotecario.--------------------------------------------------------------------------

---At this stage of this deed it is clarified that-----
---En esta etapa del otorgamiento se aclara, que ------

wherever it reads the name of Department of Housing----
en donde estén escritas en esta escritura las siglas---

and Urban Development of the United States of America--------
del "Departament of Housing and Urban Development of---

(HUD), said name should be substituted for United------
the United States of America (HUD)", deberá leerse y --

States Rural Economic and Community Development--------
prevalecer United States Rural Economic and Community-------

Services.--------------------------------------------------
Development Services.--------------------------------------

-----SEVENTH: LENDER. The Lender to whose order the Note has been issued and delivered is:---------------------------------------------------------

-----SEPTIMA: PRESTADOR. El Prestador a la orden de quien el Pagaré se ha emitido y entregado es: ------------------------------------------

---THE MONEY HOUSE, INC.--------------------------------------------------------

----A financial institution organized and existing in accordance to the laws of the Commonwealth of Puerto Rico, ----------------------------------

---Una institución financiera organizada y existente conforme a las leyes del Estado Libre Asociado de Puerto Rico.----------------------------------

-----Lender's address is:--------------------------------------------------------
-----La dirección del Prestador es: --------------------------------------------



-----Lender's address is: fifty two (52), Calle Paseo Covadonga, San Juan, Puerto Rico cero cero nueve cero one (00901).-------------------------------

-----La dirección del Prestador es: cincuenta y dos (52), Calle Paseo Covadonga, San Juan, Puerto Rico cero cero nueve cero one (00901).-------

or such other address as Lender may indicate in writing.---------------------
u otra dirección que el Prestador indique por escrito. -----------------------

-----EIGHTH: Warning related to Act One Hundred Eighty Four (184) dated August seventeenth (17th), two thousand twelve (2012), known as Compulsory Mediation and Preservation of Homestead in Mortgage Foreclosure Process of Homestead. ("Act 184").-----------------------------

-----OCTAVA: Advertencias relacionadas a la Ley Ciento Ochenta y Cuatro (184) de diecisiete (17) de agosto de dos mil doce (2012), mejor conocida como la Ley para Mediación Compulsoria y Preservación de tu Hogar en los Procesos de Ejecuciones de Hipotecas de una Vivienda Principal (la "Ley 184").----------------------------------------

---In compliance with the disposition of article four (4) of this law, the Lender has advised Borrower, in writing, that Law 184 requires that, in cases where the Court deems necessary, a compulsory meeting for mediation in mortgage foreclosure cases that can culminate in the judicial sale of a real estate property considered as the homestead of the Borrower; homestead is the principal residence of Borrower or

Borrower and his immediate family, and for real estate tax purposes is the property that said tax exemption will apply to act 184 also establishes that the requirements to participate in the compulsory mediation are: that the real estate property upon which the mortgage foreclosure process has been commenced, constitutes the homestead of Debtor and that borrower has not been declared in "Default" during the mortgage foreclosure process and that his responsive stricken have not been eliminated by the Court. Borrower has also been advised that it is convenient that in the case that summons is received with a copy of the mortgage foreclosure complaint, Borrower should procure legal representation. It is also recommended that if a summons is received with copy of the mortgage foreclosure complaint, Borrower should answer the complaint in order to request the Mediation. Borrower is warned that it is at risk of losing its homestead, if he is served with the summons and a responsive reading is not submitted to the Court. In case that a complaint is filed against Borrower, he will have at his disposal a variety of alternatives in order to dispose or retain the mortgaged property under Lender's Loss Mitigation Program. If he qualifies among the available alternatives are: payment plan, modification, moratorium or partial claim for FHA loans. If Borrower has any questions regarding the loss mitigation alternatives, Borrower should contact the Lender's Loss Mitigation department. Borrower is advised that if he does not participate in the compulsory mediation he will be at risk of losing his property. He is also warned that the costs involved in the mediation will be paid in equal parts by Borrower and Lender, unless there is an agreement to the contrary. ----------------------

----*En cumplimiento de las disposiciones del artículo 4 de esta ley, el prestador le ha advertido aldeudorpor escrito, que la Ley 184 requiere que en los casos en que el Tribunal lo considere necesario, se lleve a cabo una reunión compulsoria de mediación en los casos de ejecución de hipoteca que puedan culminar en la venta judicial de una propiedad residencial que constituya la vivienda principal; vivienda principal es aquella que se utiliza como el hogar principal del deudor o del deudor y su familia inmediata; y que para fines contributivos sobre bienes inmuebles, es aquella para la cual aplicaría la exención contributiva principal. La Ley 184 dispone, además, que los requisitos para participar del proceso de mediación compulsoria son: que la propiedad sobre la cual se inicie el proceso de ejecución constituya la vivienda principal del deudor y que el deudor hipotecario demandado no se encuentre en rebeldía en el proceso de ejecución y que sus alegaciones no hayan sido eliminadas por el Tribunal. Se le ha advertido, además, que es conveniente que en caso de recibir un emplazamiento con copia de una demanda de ejecución de hipoteca, el deudor hipotecario procure asistencia legal. Así mismo, se recomienda que en caso de recibir un emplazamiento con copia de una demanda de ejecución de hipoteca, el deudor hipotecario presenteuna contestación a la demanda para poder solicitar la Mediación. Se advierte que en caso de que el deudor sea demandado y no presente alegación responsiva o contestación a la demanda se arriesga a perder su propiedad. En caso de ser demandado en un procedimiento de ejecución de hipoteca, el deudor hipotecario tendrá disponible alternativas para la retención o disposición de su propiedad bajo el programa de mitigación de pérdidas del Prestador ("loss mitigation") siempre y cuando cualifique. Entre las alternativas vigentes para preservar su residencia principal se encuentran: plan de pago, modificación, moratoria y reclamo parcial para los prestamos FHA. De el Deudor necesitar información sobre alternativas de mitigación de pérdidas, deberá comunicarse con el departamento de "Loss Mitigation" del Prestador. Se le advierte que en caso de que el Deudor no participe en el proceso de mediación compulsoria se arriesga a perder su propiedad. También se le advierte que los gastos relacionados con la mediación se pagarán, a falta de pacto en contrario por partes iguales.* --------------

---------------------------- WARNINGS------------------------
-----The Notary Public certifies that he or she has advised the Lender and the Borrower that, if the Property is subject to one or more liens that enjoy prior rank over this Security Instrument, the Lender will retain from the proceeds of the Loan a sum sufficient to pay and cancel said liens. The Lender, by the disbursal of funds evidenced by the Note, has agreed to remit payment thereof to the holders of such liens within five (5) working days following the execution of this Security Instrument, in order to secure the cancellation of such liens; although there is no absolute guaranty that said cancellation will be performed. The Borrower has the right to require that such liens be cancelled concurrently with the execution of this Security Instrument, but is advised that, as in most cases, promissory notes secured by mortgages may not be available for cancellation at this time. These warnings having been made, the Borrower hereby waives the right to require that said liens be cancelled concurrently with the execution of this Security Instrument. ---------------------------------------------------

---------------------------- ADVERTENCIAS------------------------
-----*El Notario Público certifica que ha advertido al Prestador y al Deudor que de estar la Propiedad afecta a uno o más gravámenes de rango superior a esta Hipoteca, el Prestador retendrá del producto del Préstamo la suma suficiente para cancelarlos. El Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, ha acordado remitir pago de los mismos a los tenedores de dichos gravámenes dentro de cinco (5) días laborables luego del otorgamiento de esta Hipoteca, con el fin de asegurarse de la cancelación de los mismos; no obstante, no hay garantía absoluta que se lleve a cabo dicha cancelación. El Deudor tiene derecho a requerir que se cancelen dichos gravámenes concurrentemente con la constitución de esta Hipoteca, pero se le advierte que, como en la mayoría de los casos, los pagarés garantizados por hipotecas pueden no estar disponibles para cancelación en este momento. Habiéndose hecho estas advertencias, el Deudor por la presente renuncia a su derecho de requerir que dichos gravámenes se cancelen concurrentemente con la constitución de esta Hipoteca.*-------------------------------

-----If the Borrower has the right under Applicable Law to rescind this transaction, then the Lender will not disburse any of the proceeds of the Loan until the rescission period has expired, or until the Borrower waives said rescission right as provided by Applicable Law. --------------------------

-----*Si la Ley Aplicable concede al Deudor el derecho a rescindir esta transacción, entonces el Prestador no desembolsará ningún producto del Préstamo hasta que haya expirado el período de rescisión, o hasta que el Deudor renuncie dicho derecho de rescisión en la forma que manda la Ley Aplicable.*--------------------------

---------------------------- ACCEPTANCE ------------------------
-----The appearing parties accept this deed in its entirety and I, the Notary Public, made to the appearing parties the necessary legal warnings concerning the execution of the same. I, the Notary Public, advised the appearing parties as to their right to have witnesses present at this execution, which they waived. The appearing parties, having read this deed in its entirety, fully ratify and confirm the statements contained herein as the true and exact embodiment of their stipulations, terms and conditions. Whereupon the appearing parties sign this deed, before me, the Notary Public, and sign their initials on each and every page of this deed. -

---------------------------- *ACEPTACIÓN*------------------------
----- *Los comparecientes aceptan esta escritura en su totalidad, y yo, el Notario Público, hice a los comparecientes las advertencias legales pertinentes relativas a este otorgamiento. Yo, el Notario Público, advertí a las partes comparecientes de su derecho a tener testigos presentes en este otorgamiento, al cual derecho renunciaron. Habiendo los comparecientes leído esta escritura en su totalidad, la ratifican totalmente y confirman que las declaraciones contenidas en la misma reflejan fiel y exactamente sus estipulaciones, términos y condiciones. En virtud de lo cual, los comparecientes firman esta escritura ante mí, el Notario Público, y fijan sus iniciales en cada uno de los folios de esta escritura.*-----------------------



-----I, the Notary Public, do hereby certify and give faith as to everything stated and contained in this instrument. ------------------------------------

-----*Yo, el Notario Público, por la presente certifico y doy fe de todo lo declarado y contenido en este instrumento.* ------------------------------

---At this stage it is clarified that with accordance to the Loan Originator Compensation Requirements Under the Truth in Lending Act (78 FR 11280) the loan originator identification is NICOLE GOMEZ VITIACI: NMLSR: "409635". Mortgage Lender: THE MONEY HOUSE, INC. Nationwide Mortgage Licensing System and Registry Identification Number: "169716". I further attest.-----------------------------------

---En esta etapa del otorgamiento se aclara que en cumplimiento con el "Loan Originator Compensation Requirements Under the Truth in Lending Act" (78 FR 11280), la identificación del originador del préstamo hipotecario es NICOLE GOMEZ VITIACI: NMLSR: "409635". Prestador Hipotecario: THE MONEY HOUSE, INC. Número de identificación del Sistema Nacional del Registro de Licencias Hipotecarias: "169716". Repito la Fe.-------------------------------------------------------------

"I HEREBY CERTIFY THAT THIS IS A TRUE AND EXACT COPY OF ITS ORIGINAL AND OR THE CERTIFIED COPY THAT HAS BEEN SUBMITTED FOR RECORDING IN THE CORRESPONDING PROPERTY REGISTRY"

NOTARY PUBLIC

11 de octubre de 2022

Yo Johanna Carreras Figueroa certifico y declaro bajo pena de perjurio que el día 29/10/2019 a las 12:05 pm me presenté en persona al Registro de la Propiedad en Humacao para solicitar una certificación registral. Me atendió una empleada pelo castaño de tez clara de mi estatura mas o menos. Me pidió mi ID y preguntó para que iba. Me entregó la boleta para solicitar la certificación registral, me indica que tenía que comprar unos sellos. La empleada del registro de la propiedad en Humacao verifica en el Sistema y me indica que en la computadora NO aparece la escritura, que no la habían puesto, que ellos NO la tenían y me pidió mi escritura para ver la finca, ella buscó en la computadora y dijo que no era la finca de esa propiedad. Me dijo que sacara foto a la imagen en la computadora. La empleada del registro me indicó que esas escrituras estaban mal, que se las entregara, entonces procedí a comunicarme a la Oficina de la Lcda. Torruella donde se me dió instrucciones que no dejara ningun documento en el registro.

October 11, 2022

I, Johanna Carreras Figueroa, certify and declare under penalty of perjury that on 10/29/2019 at 12:05 pm I went in person to the Property Registry in Humacao to request a registry certification. I was attended by a fair-skinned, brown-haired employee of about my height. She asked for my ID and asked what I was going for. She gave me the ticket to request the registry certification, she tells me that I had to buy some stamps. The property registry employee in Humacao checks the system and tells me that the deed does NOT appear on the computer, that they had not posted it, that they did NOT have it, and she asked me for my deed to see the farm, she searched the computer and said that it was not the farm of that property. She told me to take a picture of the image on the computer. The registry employee told me that those deeds were wrong, that I should deliver them, so I proceeded to communicate to the Office of Lcda. Torruella where I was instructed not to leave any documents in the registry.

Exhibit II

## INFORMACION REQUERIDA PARA SOLICITAR CERTIFICACION

## * ADVERTENCIA *

SE REQUIERE LLENAR TODOS LOS ESPACIOS, DE NO TENER LA INFORMACION COMPLETA, **NO** SE LE ACEPTARA LA SOLICITUD.

Nombre y apellidos: _____

Teléfono: _____

E-mail: _____

Dirección Postal: _____

Finca: _14436_ inscrita al folio _Movil_

Tomo _273_ del Municipio de _LP_

Propósito: _____

Cantidad Comprobante: Con estudio: $15.00 (Serie 5111)

~~Veteranos DD-214~~        ~~Negativa: $25.00 (Serie 5111)~~

NUMERO TURNO: _____ 2019-_____ -CERT

```
┌─────────────────────┐
│                     │
│  COLOQUE COMPROBANTE │
│        AQUI         │
│                     │
│                     │
└─────────────────────┘
```

Fecha: _____

Cont. Exhibit II



## LORD TITLE SERVICE CO.

550 DUNAS STREET PUERTO NUEVO
SAN JUAN, PUERTO RICO 00920
WWW.LORDTITLE.COM

PHONE: (787) 774-1660
FAX: (787) 782-5888
LORDTITLE@GMAIL.COM

Notice:

THIS IS NOT A TITLE INSURANCE POLICY AND SHOULD NOT BE RELIED UPON AS SUCH. LIABILITY FOR THIS TITLE SEARCH IS LIMITED TO THE AMOUNT PAID FOR IT. FOR FULL PROTECTION PURCHASERS AND LENDERS SHOULD REQUIRE A TITLE INSURANCE POLICY.

**CASO:** *LCDA. ADELA TORRUELLA*

**RE:** *JOHANA CARRERAS*

**FINCA:** *#14636, inscrita al folio 1 del tomo 273 de Las Piedras*
*Registro de la Propiedad de Humacao.*

**DESCRIPCION:** *URBANA: Solar marcado con el #9 del bloque C en el plano de inscripción de la Urbanización Olympic Ville, localizado en el barrio Quebrada Arenas del término municipal de Las Piedras, Puerto Rico. Tiene un área superficial de 352.80 metros cuadrados, y sus colindancias son las siguientes: por el Norte, en 24.50 metros lineales, con el solar #8 del bloque C; por el Sur, en 24.50 metros, con el solar #10 del bloque C; por el Este, en 14.40 metros lineales, con la calle #5 y por el Oeste, en 13.80 metros lineales, con el solar #5 del bloque B. Enclava casa de concreto.*

**TRACTO:** *Se segrega de la finca #13899, inscrita al folio 47 del tomo 259 de Las Piedras*

**DOMINIO:** *Consta inscrita a favor de* **MARITZA CABRERA CABRERA, soltera,** *quien adquirió por compra a César Alfredo Ortíz Sánchez, soltero, por precio de $145,000.00, según Esc. #47, en San Juan, el 11 de febrero de 2003, ante René Avilés Pérez, inscrita al folio 77 del tomo 302 de Las Piedras, finca #14636, inscripción 4ta.*

**GRAVAMENES:** *Por su procedencia: Servidumbres a favor de A.A.A., A.E.E., P.R.T.C., Condiciones Restrictivas.*

**POR SI:** *Hipoteca constituída en garantía de un pagaré, a favor de RBS Mortgage Corp., o a su orden, por $123,250.00, al 6.50%, vencedero el 1 de marzo de 2033, según Esc. #48, en San Juan, a 11 de febrero de 2003, ante René Avilés Pérez, inscrita al folio 77 del tomo 302 de Las Piedras, finca #14636, inscripción 5ta.*

*Demanda del 21 de diciembre de 2009, radicada en el Tribunal de Primera Instancia, Sala Superior de Humacao, en el caso civil #JSCI-2011-01298, sobre Cobro de Dinero y Ejecución de Hipoteca, seguido por Firstbank Puerto Rico, versus Maritza Cabrera Cabrera y César Alfredo Ortíz Sánchez, por $126,813.79, y otras sumas, anotado el 9 de noviembre de 2012, al folio 77 del tomo 302 de Las Piedras, finca #14636, anotación A.*

*Modificada la hipoteca de la inscripción 5ta., la cual se amplía a la suma de $124,274.52, desde el 1 de mayo de 2009, y vence el 1 de abril de 2039, según Esc. #186, en Guaynabo, el 14 de abril de 2009, ante Alexandra M. Serracante Cadilla, inscrita al márgen del folio 77 del tomo 302 de Las Piedras, finca #14636, inscripción 5ta.*

*Embargo Federal: Contra Maritza Cabrera Cabrera, por $9,340.82, dirección PO Box 809, Las Piedras, Puerto Rico, 00771-0809, seguro social #xxx-xx-5844, notificación #373684307, presentado y anotado el 3 de julio de 2007, al folio 157, asiento 1, del Libro #5 de Embargo Federal.*

*Sentencia del 9 de enero 2007, expedida en el Tribunal de Primera Instancia, Sala Municipal de Las Piedras, en el caso civil #HBCI-2006-00368, seguido por Asociación de Residentes de la Urbanización Olympic Ville Inc., versus Maritza Cabrera Cabrera, por $1,710.00, presentado el 17 de mayo de 2010, al folio 73 del Libro #6 de Sentencias.*



*CONTINUA....*



# LORD TITLE SERVICE CO.

550 DUNAS STREET PUERTO NUEVO
SAN JUAN, PUERTO RICO 00920
WWW.LORDTITLE.COM

PHONE: (787) 774-1660
FAX: (787) 782-5888
LORDTITLE@GMAIL.COM

*PAGINA 2*
*FINCA #14636 DE LAS PIEDRAS*

**DOCUMENTOS PENDIENTES:** *Al asiento 2016-030900-HU01, el 26 de abril de 2016, se presentó Esc. #81, en Humacao, el 22 de febrero de 2016, ante Georgette M. Rodríguez Figueroa, sobre Venta Judicial, a favor de Lime Residential, LTD, por $82,849.68, quedando cancelada hipoteca por $123,250.00, así como la anotación de Demanda. Se aneja pagaré cancelado, Notificación de Sentencia, Notificación de Sentencia y Edicto, aff. #133065, Sentencia, Orden de Ejecución de Sentencia, Orden de Ejecución, Diligencia del Alguacil, Aviso de Subasta, Orden, Acta de 1ra. Subasta Desierta, Acta de Subasta, Moción, Declaración Judicial, Edictos.*

*Al asiento 2016-059358-HU01, el 30 de junio de 2016, se presentó Mandamiento de cancelación de gravamenes, del 29 de enero de 2016, mediante la cual se cancela Embargo Federal, por $9,340.82, al folio 157 del Libro #5, asiento 1, Orden del 27 de enero de 2016 y Sentencia por $1,710.00, del Libro #6.*

**NOTA: SE HACE CONSTAR QUE LAS ANOTACIONES DE LOS EMBARGOS Y/O SENTENCIAS EN EL SISTEMA KARIBE NO SIEMPRE SON LOCALIZADAS, POR LO TANTO NO NOS HACEMOS RESPONSABLES DE ERRORES U OMISIONES DE LOS MISMOS.**

**REVISADOS:** *Registro de embargos estatales, incluyendo Ley #12 del 2010, contribuciones federales, sentencias y Bitácora Electrónica; Sistema Karibe de la cual no nos hacemos responsables por errores u omisiones en la misma.*

*30 de diciembre de 2019*

*1912-0287*

*NOEL A. HERNANDEZ GUZMAN*
*PRESIDENTE*

*39-q*

THIS IS NOT A TITLE INSURANCE POLICY AND SHOULD NOT BE RELIED UPON AS SUCH.
LIABILITY FOR THIS TITLE SEARCH IS LIMITED TO THE AMOUNT PAID FOR IT.
FOR FULL PROTECTION PURCHASERS AND LENDERS SHOULD REQUIRE A TITLE INSURANCE POLICY.

## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**JOHANNA CARRERAS FIGUEROA**<br>**OSVALDO MOREL GONZALEZ**<br><br>xxx-xx-8828<br>xxx-xx-8468<br><br>Debtor(s) | Case No. **19-05336 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 5/26/20 |

### *ORDER CONFIRMING PLAN*

The debtor's (s') Chapter 13 plan was duly served on all parties. A hearing on confirmation of the plan was held after due notice to all parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. § 1325(a) are met.

1. The debtor, or his employer, shall make the payments to the trustee required by the plan as confirmed or as hereafter modified. If the debtor does not cause such payments to be timely made, the trustee may request the court for an order directing the debtor's employer to make the appropriate payroll deductions and payments to the trustee or to pay the debtor's entire earnings and wages to the trustee [11 U.S.C. § 1325(c)]. Such an order may be issued without further notice.

2. The debtor shall obtain the approval of the trustee prior to incurring additional debt. The failure to obtain such approval may cause the claim for such debt to be disallowed pursuant to 11 U.S.C. § 1305 (C) and the debt to be non dischargeable [11 U.S.C. § 1328 (d)].

3. If the debtor's plan is confirmed prior to the last day to file claims, or to object to the debtor's claim of exemptions, a modification of the confirmed plan pursuant to 11 U.S.C. 1329 may be required after these dates have past.

**Therefore, IT IS HEREBY ORDERED that the debtor's Chapter 13 plan dated March 26, 2020 is CONFIRMED. The hearing set for May 28, 2020 is vacated and set aside.**

### ALLOWANCE OF DEBTOR ATTORNEY'S FEES

The application for the allowance of reasonable compensation as authorized by 11 U.S.C. § 330, having been considered, the court finds that a reasonable fee for the services performed and undertaken by such attorney is $4,000.00. Such fee, or a lesser amount pursuant to the Form B2030 filed, less any retainer, shall be paid by the trustee from the monies received under the debtor's plan, provided, however that such payments to be deferred in time to payments which may be required to provide adequate protection of the interest of the holders of secured claims.

In San Juan, Puerto Rico, this Tuesday, May 26, 2020 .

**Mildred Caban Flores**
**United States Bankruptcy Judge**

Exhibit IV



<u>**Att: Venessa Torres, Esq.**</u>

<u>CASE</u>:      JOHANNA CARRERAS FIGUEROA          **Record No. 208788**

<u>PROPERTY</u>: No. 14636, recorded at page 77 of volume 302 of Las Piedras.
               Registry of Property, Humacao Section.

<u>DESCRIPTION</u>:

URBANA: Solar marcado con el número nueve (9) del Bloque "C" en el plano de
inscripción de la **URBANIZACIÓN OLYMPIC VILLE**, localizado en el Barrio Quebrada
Arenas del término municipal de Las Piedras, Puerto Rico. Tiene un área superficial de
352.80 metros cuadrados y sus colindancias son las siguientes: por el **Norte**, con una
alineación de 24.50 metros lineales, con el solar número 8 del Bloque "C"; por el **Sur**,
con una alineación de 24.50 metros lineales, con el solar número 10 del Bloque "C";
por el **Este**, con una alineación de 14.40 metros lineales, con la calle número 5; y por
el **Oeste**, con una alineación de 13.80 metros lineales, con el solar número 5 del Bloque
"B". Enclava una casa de concreto diseñada para fines residenciales para una familia,
construida de acuerdo a los planos y especificaciones.

<u>ORIGIN</u>: It was segregated from property No. 13899, recorded at page 47 of volume
259 of Las Piedras.

<u>OWNER OF RECORD</u>:

It is vested in favor of JOHANNA CARRERAS FIGUEROA, of legal age, single,
property owner and resident of Las Piedras, who acquired by title of purchase from Lime
Residential, LTD., for the price of $100,000.00, as per Deed No. 300, executed in San
Juan on July 12th., 2016, before Notary Public Jorge Fernando Colón Muntaner, recorded
at Karibe System, property No. 14636 of Las Piedras, 8th inscription.

*"Ley del Derecho de Protección del Hogar Principal y el Hogar Familiar", Ley del Hogar Seguro
#195 del 13 de septiembre de 2011, as per Deed No. 300, executed in San Juan on July 12th.,
2016, before Notary Public Jorge Fernando Colón Muntaner, recorded at Karibe System,
property No. 14636 of Las Piedras, 8th inscription. SAFE HOME.*

<u>LIENS AND ENCUMBRANCES</u>:

1.      By its origin: a. Easements. b. Restrictive Covenants.

2.      MORTGAGE: In the principal amount of $105,912.00, securing a note payable to
        THE MONEY HOUSE, INC., or its order, with yearly interests set at 3-1/2%,
        due on August 1st., 2046, appraised at $105,912.00, as per Deed No. 369, executed
        in San Juan on July 12th., 2016, before Notary Public Priscilla M. Santiago Acosta,
        recorded at Karibe System, property No. 14636 of Las Piedras, 9th inscription.

*Exhibit V*

**JOHANNA CARRERAS FIGUEROA**                              Record No.  208788
Property No.  14636  of Las Piedras.
Page No.  2


REVISED:  Books of local and federal attachments, book of judgments and electronic binnacle.


**NOTE:  Since there is an electronic binnacle installed in this Section of the Registry  we cannot certify
of any other document that may be presented and pending recordation pertaining to this property.  This
abstract of title was verified as per attachments under the specific name (s) of the Owner (s) of this
property and not by any other combination of name (s).**

*"The above information is true and correct to the best of my knowledge and belief,
and is made under penalty of perjury according to  28  U.S.C. §  1746."*

September 7th., 2022.
jfbm-lv-jsrb-act

*Loat. Exhibit V*

---En la misma fecha de su otorgamiento, expedí primera copia certificada a favor de la compradora. DOY FE.--------



**NOTARIO PÚBLICO**



-------------ESCRITURA NÚMERO TRESCIENTOS (300):----------------
----------------DEED NUMBER THREE HUNDRED (300): -------------

--------------COMPRAVENTA y DESIGNACION DE HOGAR SEGURO--------------
----------PURCHASE AND SALE AND HOMESTEAD PROTECTION ACT----------

—En San Juan, Puerto Rico, el doce (12) de julio de dos mil dieciséis (2016).----------

—In San Juan, Puerto Rico, on July twelve (12), two thousand sixteen (2016). ------

---ANTE MÍ, JORGE FERNANDO COLÓN MUNTANER, Abogado y Notario de Puerto Rico, con residencia y estudio abierto en San Juan, Puerto Rico, COMPARECEN: ----------

—BEFORE ME, JORGE FERNANDO COLÓN MUNTANER, Notary Public for Puerto Rico, with residence and office in San Juan, Puerto Rico, APPEAR ------------

---EL VENDEDOR: LIME RESIDENTIAL LTD., una corporación "a Bahamian Limited Company" autorizada a hacer negocios en el Estado Libre Asociado de Puerto Rico, representada en este acto por Martínez & Torres Law Offices, P.S.C., una corporación organizada y creada bajo las leyes del Estado Libre Asociado de Puerto Rico, debidamente autorizado para esta comparecencia mediante poder otorgado el día diecinueve (19) de Noviembre de dos mil catorce (2014) en Nueva York, y el cual fue protocolizado mediante la escritura número noventa y cuatro (94), el veintinueve (29) de diciembre de dos mil catorce (2014), ante el Notario Roberto Andrés García Juarbe representada por su oficial, José Osvaldo Martínez Díaz, mayor de edad, soltero, empleado y vecino de San Juan, Puerto Rico, debidamente autorizado para esta comparecencia mediante Certificado de Resolución Corporativa, suscrita por Edlyn Pagán Otero, Sub-Secretaria de Martínez & Torres Law Offices, P.S.C., el veintinueve (29) de diciembre de dos mil catorce (2014), suscrita mediante el testimonio número tres mil doscientos ochenta y uno (3,281), ante el Notario Roberto Andrés García Juarbe, la cual fue examinada ante el notario público autorizante y la misma cumple con los requisitos ley.----------

---THE SELLER: LIME RESIDENTIAL LTD., a corporation a Bahamian Limited Company authorized to do Business in the Commonwealth of Puerto Rico, represented in this act by Martínez & Torres Law Offices, P.S.C., a corporation organized under the Law of the Commonwealth of Puerto Rico, duly authorized for this appearance by power of attorney executed on November nineteen (19), year two thousand fourteen (2014), in New York, according to Deed of Protocolization of Power of Attorney number ninety four (94) executed on December twenty nine (29), year two thousand fourteen (2014), before the Notary Roberto Andrés García Juarbe; represented by its official, José Osvaldo Martínez Díaz, of legal age, single, employee, and resident of San Juan, Puerto Rico, who is authorized pursuant Certificate of Corporate Resolution, issued by Edlyn Pagán Otero, Sub- Secretary of Martínez & Torres Law Offices, P.S.C., dated January twenty nine (29), year two thousand fourteen (2014), issued by affidavit number three thousand two hundred eighty one (3,281), before Notary Roberto Andrés García Juarbe, which was examined by the authorizing Public Notary and whom certifies that it complies with the applicable legal requirements.----------

---LA PARTE COMPRADORA: JOHANNA CARRERAS FIGUEROA, mayor de edad, soltera, empleada y vecina de Las Piedras, Puerto Rico. ----------

---THE BUYERS: JOHANNA CARRERAS FIGUEROA, single, of legal age, employee and resident of Las Piedras, Puerto Rico. ----------

---Doy fe de conocer personalmente al representante del Vendedor. Por no conocer personalmente a la parte compradora doy fe de haberlos identificado por los medios establecidos por el Artículo diecisiete c [17[c]] de la Ley Notarial de Puerto Rico, usando para ello la(a) siguiente(s) tarjeta(s) de identificación que contienen su foto y firma, las cuales me muestran voluntariamente:----------

---I hereby give attest to and certify that I personally know the Seller's representative. Since I do not know the buyers personally I hereby give attest to and certify that I

*Exhibit VI*

-1-

have identified the buyers by the means established in Article seventeen c [17 [c]] of the Notary Law of Puerto Rico, having used the following identification card(s), which have photo and signature and which were shown to me voluntarily:--------------

---Tarjetas de identificación: licencias de conducir expedidas por el Departamento de Transportación y Obras Públicas, del Estado Libre Asociado de Puerto Rico.----------

---Identification Cards: driver's license, issued by the "Departamento de Transportación y Obras Públicas", of the Commonwealth of Puerto Rico. ----------------

---Por los dichos de los comparecientes **doy fe** de sus circunstancias personales. Los comparecientes me aseguran tener, y a mi juicio tienen la capacidad legal para el presente otorgamiento; por lo que libre y voluntariamente **EXPONEN:** ----------------

---Pursuant to the appearing parties' statements, I give faith as to their personal circumstances. The appearing parties assure me, that they have, and in my judgment, they do have the legal capacity to execute this instrument; therefore the appearing parties freely and voluntarily **STATE:** ----------------------------------

---**PRIMERO:** El vendedor es dueño del bien inmueble descrito a continuación ("el inmueble o la propiedad"):-----------------------------------------------

---**FIRST:** The Seller is the owner of the real property described as follows ("the property"): -----------------------------------

---*URBANA:* **Solar marcado con el número nueve (9) del bloque C en el plano de inscripción de la Urbanización Olympic Ville, localizada en el Barrio Quebrada Arenas del término municipal de Las Piedras, Puerto Rico. Tiene un área superficial de trescientos cincuenta y dos punto ochenta (352.80) metros cuadrados. Colinda por el Norte, en veinticuatro punto cincuenta (24.50) metros, con el solar número ocho (8); por el Sur, en una alineación de veinticuatro punto cincuenta (24.50) metros lineales, con el solar número diez (10) del bloque C; por el Este, con una alineación de catorce punto cuarenta (14.40) metros, con la calle número cinco (5); y por el Oeste, en una alineación de trece punto ochenta (13.80) metros, con el solar número cinco (5) del bloque C. --------------------------------------------------------**

---Consta inscrita al Tomo Móvil doscientos setenta y tres (Móvil 273) de Las Piedras, Finca número catorce mil cuatrocientos treinta y seis (14,436), en el Registro de la Propiedad de Humacao.-------------------------------------

--- Recorded of volume number two hundred seventy three (Móvil 273) of Las Piedras, property number fourteen thousand four hundred thirty six (14,436), in the Registry of Property of Humacao.-------------------------------------

---CATASTRO NÚMERO cincuenta guión doscientos cincuenta y tres guión cero ochenta y ocho guión cuatrocientos ocho guión cincuenta y dos guión cero cero cero (50-253-088-408-52-000). ----------------------------------------------

---PROPERTY TAX IDENTIFICATION NUMBER: fifty dash two hundred fifty three dash zero eighty eight dash four hundred eight dash fifty two dash zero zero zero (50-253-088-408-52-000). ----------------------------------------

---Por su procedencia se encuentra afecta por servidumbres a favor de la Autoridad de Acueductos y Alcantarillado de Puerto Rico; condiciones restrictivas, Autoridad de Energía Eléctrica de Puerto Rico, Puerto Rico Telephone Company. --------------

---By its origin is affected by easements in favor of the Water and Sewerage Authority of Puerto Rico; Covenants, Power Authority of Puerto Rico Energy, Puerto Rico Telephone Company. --------------------------------------

---**SEGUNDO:** El Vendedor adquirió el dominio del inmueble por la suma de ochenta y dos mil ochocientos cuarenta y nueve dólares con sesenta y ocho centavos ($82,849.68) en virtud de escritura de Venta Judicial número ochenta y uno (81), otorgada el veintidós (22) de febrero de dos mil dieciséis (2016), ante el Notario Público Georgette M. Rodríguez Figueroa, presentada el veintiséis (26) de abril de



dos mil dieciséis (2016) al asiento (2016-030900-HU01) del Registro de la Propiedad de Humacao.---------------------------------------------------------------------

—**SECOND:** The Seller acquired the title to the Property for the sum of eighty two thousand eight hundred forty nine dollars and sixty eight cents ($82,849.68) by virtue of Judicial Sales Deed number eighthy one (81), executed on February twenty two (22), two thousand sixteen (2016), before Public Notary Georgette M. Rodríguez Figueroa, presented on April twenty six (26), two thousand sixteen (2016) at entry number (2016-030900-HU01) of the Registry of Property of Humacao.--------------

--- **TERCERO:** El vendedor declara que la propiedad por sí está afecta por: -----------

—**THIRD:** The Seller warrants that the Property by itself is affected by the following liens: ----------------------------------------------------------------------------------

—(a) Hipoteca a favor de RBS Mortgage Corp., o a su orden por la suma principal de ciento veintitrés mil doscientos cincuenta dólares ($123,250.00) constituida el once (11) de febrero de dos mil tres (2003) mediante la escritura número cuarenta y ocho (48) otorgada ante el notario René Avilés Pérez, inscrita al folio setenta y siete (77) del tomo trescientos dos (302). Esta hipoteca fue modificada el catorce (12) de abril de dos mil nueve (2009), mediante escritura número ciento ochenta y seis (186) otorgada ante la notario Alexandra M. Serracante Cadilla, inscrita al folio cincuenta (50) del tomo doscientos sesenta (260), inscripción tercera, como Asiento Abreviado. Está hipoteca y la modificación están pendiente de cancelación por medio de la escritura de Venta Judicial mencionada en el párrafo segundo.-----------------------------

--- (a) Mortgage, in favor RBS Mortgage Corp, or as its order, in the principal sum of one hundred twenty three thousand two hundred fifty dollars ($123,250.00) created pursuant to deed number forty eight (48) executed on February eleven (11), two thousand three (2003), before Notary Public René Avilés Pérez recorded at page number seventy seven (77) volume number three hundred two (302) volume number two hundred sixty (260). This mortgage was modified created pursuant to deed number one hundred eighty six (186) executed on April twelve (12), two thousand nine (2009), before Public Notary Alexandra M. Serracante Cadilla recorded at page fifty (50) volume number two hundred sixty (260). This mortgage and modification are pending cancellation pursuant to the Judicial Sales deed mentioned in the second. Paragraph. ----------------------------------------------------------------------------------------

--- (b) Aviso de demanda relacionado al caso de cobro de dinero y ejecución de hipoteca número HSCI2011-01298, anotada el nueve (9) de noviembre de dos mil doce (2012), al folio sesenta y siete (77) del tomo trescientos dos (302). Este aviso de demanda está pendiente de cancelación por medio de la escritura de Venta Judicial mencionada en el párrafo segundo.-----------------------------------------------------

--- (b) Lis Pendens related to the collection and mortgage Foreclosure case number HSCI2011-01298, annotated on November nine (9), two thousand twelve (2012), at page seventy seven (77) of volume three hundred two (302). This lis pendes is pending cancellation pursuant to the Judicial Sales deed mentioned in the second paragraph. --------------------------------------------------------------------------------------

--- (c) Embargo Federal presentada el tres (3) de julio de dos mil siete (2007) notificación número tres siete tres seis ocho cuatro tres cero siete (373684307), al asiento uno (1) de la página ciento cincuenta y siete (157) del Libro de Embargos Federales número cinco (5). Este embargo está pendiente de cancelación mediante orden del veintisiete (27) de enero de dos mil dieciséis (2016) y mandamiento del veintinueve (29) de enero de dos mil dieciséis (2016), presentado el treinta (30) de junio de dos mil dieciséis (2016), al asiento 2016-059358-HU01.-----------------------------------------------------------------------------------

---(c) Federal Lien, filed on July three (3), two thousand seven (2007), number notification three seven three six eight four three zero seven (373684307), to the book one (1) the page one hundred seventy seven (157) the book the Federal Lien number five (5). This liens pending cancellation pursuant to the Order on January twenty seven (27), two thousand sixteen (2016) and Writ on January twenty nine (29), two thousand sixteen (2016), present on June thirty (30), two thousand sixteen (2016), filed on June thirty (30), two thousand sixteen (2016), at



the book 2016-059358-HU01. ------------------------------------------------

--- (d) Sentencia de nueve (9) de enero de dos mil siete (2007), en el caso civil número HBCI 2006-00368. Anotada el diecisiete (17) de mayo de dos mil diez (2010) al folio setenta y tres (73) del Libro de Sentencias seis (6). Esta Sentencia está pendiente de cancelación mediante orden del veintiuno (27) de enero de dos mil dieciséis (2016) y mandamiento del veintinueve (29) de enero de dos mil dieciséis (2016), presentado el treinta (30) de junio de dos mil dieciséis (2016), al asiento 2016-059358-HU01.------------------------------------------------

--- (d) Sentence on January nine (9), two thousand seven (2007), on civil number HBCI 2006-00368. Annotated on May seventeen (17), two thousand ten (2010), at page seventy three (73), the book of Sentences six (6). This Sentences liens pending cancellation pursuant to the Order on January twenty seven (27), two thousand sixteen (2016) and Writ on January twenty nine (29), two thousand sixteen (2016), present on June thirty (30), two thousand sixteen (2016), filed on June thirty (30), two thousand sixteen (2016), at the book 2016-059358-HU01.-----

---**CUARTO:** Los comparecientes ha convenido la compraventa del inmueble y la llevan a efecto bajo las siguientes cláusulas y condiciones: ---------------------------------

---**FOURTH:** The appearing parties has agreed on the sale of the Property pursuant to the following clauses and conditions: ------------------------------------------------


-----------------------------------------CLAUSULAS-----------------------------------------
-----------------------------------------CLAUSES-----------------------------------------

---**Uno [1]:** EL VENDEDOR vende, cede y traspasa el inmueble a favor de EL COMPRADOR con todos sus derechos, títulos, intereses, anexos, servidumbres, mejoras y todo cuanto le constituye y le es inherente, para que El COMPRADOR la posea y disfrute, como su único y legítimo dueño.------------------------------------------------

---**One [1]:** THE SELLER hereby sells, assigns and transfers the property to THE BUYER with all its rights, titles, interests, easements, buildings, servitude, improvements and all its components, in order that THE BUYER takes possession and benefit of it, as her sole and rightful owner.------

---**Dos [2]:** EL VENDEDOR por la presente vende AL COMPRADOR la propiedad antes descrita por la cantidad de **CIEN MIL DÓLARES ($100,000.00)** de cuya cantidad, EL VENDEDOR ha recibido la suma de **DOS MIL DÓLARES ($2,000.00)** con anterioridad a este acto.------------------------------------------------

---**Two [2]:** THE SELLER hereby sells to THE BUYERS the Property described above for a total amount of **ONE HUNDRED THOUSAND DOLLARS ($100,000.00)** of which amount THE SELLER has received **DOLLARS ($2,000.00)** before this date

---**Tres [3]:** La cantidad de **NOVENTA Y OCHO MIL DÓLARES ($98,000.00)** el vendedor reconoce recibirla de La compradora en este acto, por lo cual el VENDEDOR otorga al COMPRADOR la más formal y eficaz carta de pago.--------

---**Three [3]:** The amount NINETY EIGTH THOUSAND DOLLARS ($98,000.00) THE SELLER acknowledges having received it from THE BUYER in this act, in this act for which **SELLER** acknowledges the full payment of the Purchase Price.----------

---**Cuatro [4]:** Como parte de los acuerdos establecidos entre la PARTE COMPRADORA y el VENDEDOR para viabilizar el presente otorgamiento, los otorgantes convienen que el VENDEDOR pagará las contribuciones **tasadas** que se adeuden sobre el inmueble hasta el día de hoy; si alguna. De hoy en adelante las contribuciones sobre el inmueble, **incluyendo aquellas tasadas con posterioridad a este acto y que correspondan a periodos anteriores al mismo**, serán satisfechas (pagadas) por la PARTE COMPRADORA y serán responsabilidad absoluta de la PARTE COMPRADORA. Renunciando así la parte COMPRADORA a cualquier reclamación contra el VENDEDOR por tal concepto.------------------

---**Four [4]:** As part of the agreements between the Buyers and Seller, to make possible the present document, the parties agree that Seller is responsible for the



property taxes assessed and due as of today, if any. From today forward the property taxes over the property, including those assessed after the execution of this deed and that correspond to periods prior to the date of this deed will be borne and paid by the buyers and they will be the buyers' sole responsibility. The Buyers waive the right to file a claim against the buyers for such concept. ------------------------------------------------

--- **Cinco [5]:** La parte compradora entiende que dentro de los próximos treinta (30) días tiene que cumplimentar una Solicitud de Exoneración y radicarla en el Centro de Recaudación de Ingresos Municipales [CRIM] en el municipio donde está ubicado el inmueble, a tenor con la Ley Número Ochenta y Tres (83) de treinta (30) de agosto de mil novecientos noventa y uno (1991), según enmendada. De no radicar la solicitud, La parte compradora no tendrán derecho de gozar la exoneración y en el momento en que La parte compradora venda el inmueble, el CRIM le va a cobrar las contribuciones adeudadas a partir de la fecha de esta escritura.-------------------------------

--- **Five [5]:** The Buyers acknowledge that within the next thirty (30) days it is their responsibility to complete a Tax Exoneration Application and file it at the "Centro de Recaudación de Ingresos Municipales [CRIM]" in the municipality where the property is located, in accordance with Law Number Eighty Three (83), of August Thirtieth (30th.), Nineteen Ninety One (1991), as amended. If they do not file it, the Buyers will lose their right to such exoneration and in the moment when the buyers sell this property, CRIM will assess and collect all the taxes due since the date of this deed.---

--- **Seis [6]:** El Notario ha advertido a los comparecientes sobre la responsabilidad e importancia de la radicación electrónica de la Planilla Informativa sobre Segregación, Agrupación o Traslado de Bienes Inmuebles al Departamento de Hacienda a tenor con la enmienda al Artículo Once (11) de la Ley Notarial de Puerto Rico, según dispone la Ley Número Ciento Cuarenta (140) del trece (13) de julio de dos mil once (2011). Además se les ha advertido a los comparecientes su responsabilidad de proveerle al Notario la información necesaria para la radicación de la referida Planilla Informativa. Los comparecientes aseguran que la información provista al Notario en esta transacción es correcta para la radicación de la referida Planilla Informativa.--------------------------------------------------

--- **Six [6]** : The Notary has warned the appearing parties of the responsibility and importance filing the electronic Information Sheet on segregation, grouping or Transfer of Real Estate Department of the Treasury pursuant to the amendment to Section Eleven (11) of the Notarial Law of Puerto Rico, as provided by Act Number One Hundred Forty (140) of the thirteen (13) of July two thousand and eleven (2011). The Notary has warned the appearing parties appearing of their responsibility to provide the necessary information to the notary for the filing of that Information Sheet. The appearing parties ensure that the information provided to the notary in this transaction is correct for the filing of that Information Sheet. ------

--- **Siete [7]:** Los comparecientes, sus sucesores, causahabientes por cualquier título, acuerdan otorgar y suscribir toda clase de documentos públicos y/o privados que sean necesarios y requeridos para aclarar, corregir, enmendar o añadir para que el título aquí transferido sea inscrito en el Registro de la Propiedad, a nombre de La compradora, incluyendo cualquier acta aclaratoria o de rectificación.---------------------

--- **Seven [7]:** The appearing parties, their successors, or inheritors by any title, hereto agree to execute and deliver any additional instruments and documents which may be necessary and required to clarify, correct, amend or add to ensure that the title of the property is recorded in the Registry of Property in the name of the Buyers, including any Explanatory or Rectification Deed. ------------------------------------------------



--- **Ocho [8]:** El notario autorizante, en cumplimiento con las disposiciones de la Ley Número Ciento Noventa y Cinco (195) del trece (13) de septiembre de dos mil once (2011) conocida como la "Ley del Derecho a la Protección del Hogar Principal y el Hogar Familiar" o la "Ley para Establecer el Derecho a Hogar Seguro", advierte a la **"LA PARTE COMPRADORA"** su obligación de manifestar expresamente su decisión de establecer y fijar su hogar seguro en la propiedad inmueble descrita en el apartado PRIMERO de esta escritura, su obligación de manifestar que no ha designado como tal ninguna otra propiedad en o fuera de Puerto Rico y su deber de expresar el uso residencial de la propiedad. Se le advierte a **"LA PARTE COMPRADORA"** que incurrirá en delito grave de cuarto grado, toda persona que

intente o logre inscribir en el Registro de la Propiedad la protección de hogar seguro en más de una finca de su propiedad o intente o logre inscribir a favor de otra persona la protección de hogar seguro, a la que éste no tuviere derecho y en los casos donde la persona se encuentre culpable de tal delito, ésta no tendrá derecho a hogar seguro sobre ninguna de las propiedades objeto de su actuación ilegal. **"LA PARTE COMPRADORA"** expresamente manifiesta que la propiedad es para uso residencial y manifiesta su intención de establecer y fijar en ella su hogar seguro. **"LA PARTE COMPRADORA"** manifiesta que no ha designado ninguna otra propiedad como su hogar seguro en o fuera de Puerto Rico. **"LA PARTE COMPRADORA"** ratifica dicha decisión y solicita del Honorable Registrador de la Propiedad tome razón de la misma en el cuerpo de la inscripción. El notario autorizante advierte a LA PARTE COMPRADORA que el derecho de hogar seguro es irrenunciable y cualquier pacto en contrario se declarará nulo. No obstante, el derecho a hogar seguro se entenderá renunciado en las siguientes circunstancias.-------------------------------------------

---a) En todos los casos donde se obtenga una hipoteca que grave la propiedad protegida.-----------------------------------------------------------------------

---b) En los casos de cobro de contribuciones estatales y federales.------

---c) En los casos donde se le deban pagos a contratistas para reparaciones de la propiedad protegida.----------------------------------------------------------------

---d) En los casos donde aplique el Código de Quiebras Federal, en cuyo caso aplicarán las disposiciones de dicho Código. --------------------------------------------

---e) En todos los casos de préstamos, hipotecas, contratos refaccionarios y pagarés constituidos a favor de los asegurados u otorgados por el Puerto Rico Production Credit Association, Small Business Administration, la Autoridad para el Financiamiento de la Vivienda de Puerto Rico, la Administración Federal de Hogares de Agricultores, la Federal Home Administration, la Administración de Veteranos de los Estados Unidos de América y el Departamento de Desarrollo Económico y Comercio de Puerto Rico, y las entidades sucesoras de las antes mencionadas, así como a favor de cualquier otra agencia o entidad estatal o federal que garantice préstamos hipotecarios que se aseguran y se venden en el mercado secundario.----------------------

--- **Eight [8]:** The appearing Notary, in compliance with the provisions of Act Number One hundred ninety-five (195) of September thirteen (13) two thousand and eleven (2011) known as the "Homestead Right and Family Home Protection Act" or the "Homestead Protection Act", informs THE BUYERS of their duty to expressly determine and state their decision to establish and create their homestead right in the property described in paragraph one of this deed, their duty to state that they have not declared any other property in or outside Puerto Rico as homestead and their duty to state that the property shall be used for residential purposes. The appearing Notary, expressly warns the buyers that any person who attempts to or files a Declaration of Homestead with the Property Registry for more than one parcel belonging to him/her, or who attempts to or files a Declaration of Homestead in favor of another person who is not entitled to such right shall incur a fourth degree felony. In addition, should the person be found guilty of such offense, he/she shall not be entitled to claim the homestead protection for any of the properties involved in the unlawful act. THE BUYERS expressly state and affirm that the property shall be used for residential purposes and that state their intention to establish and create in it their homestead right. THE BUYERS state and affirm that they have not declared any other property in or outside of Puerto Rico as their homestead. THE BUYERS ratify their decision and they ask that the Registrar of the registry of Property make such statement in the body of the inscription stating that the buyers filed a declaration of Homestead for the property. The appearing notary warns THE BUYERS that the Homestead right shall not be waived and any agreement to the contrary shall be declared null. However, the homestead right shall be deemed to be waived in the following circumstances: -----

a) All cases in which the protected property is pledge for a mortgage. ----------------

b) In case of state and federal tax collection. ----------------------------------------



c) In cases of debt owed to contractors for repairs to the protected property. ---------

d) In cases in which the Federal Bankruptcy Code applies, in which case the provisions of said Code shall apply. --------------------------------------------------

e) All cases related to loans, mortgages, sharecropping agreements, and promissory notes payable to the order of or secured or executed by the Puerto Rico Production Credit Association, the Small Business Administration, the Puerto Rico Housing Financing Authority, the U.S. Farmers Home Administration, the Federal Housing Administration (FHA), the U.S. Department of Veterans Affairs, and the Department of Economic Development and Commerce of Puerto Rico; and the entities succeeding them, as well as in favor of any other Commonwealth or Federal agency or entity securing mortgage loans that are secured and sold in the secondary market.----------------------------------------------------------------

---**Nueve [9]:** En lo referente al sistema de control de acceso a la Propiedad, así como las cuotas de mantenimiento al Consejo De Residentes, si alguno, se le advierte a la PARTE COMPRADORA acerca de su obligación de notificar a la Asociación de Residentes, el hecho de esta adquisición no más tarde de los treinta (30) días siguientes a la fecha de adquisición y de su obligación de observar los preceptos del reglamento adoptado por el asociación de residentes de conformidad con la referida ley.-----------------------------------------------------

---**Nine [9]:** With regard to control system access to property and maintenance fees to the Home Owners Association, if any, the buyers are advised of their obligation to notify the Home Owners Association the acquisition of the property no later than thirty (30) days from the date of purchase and their obligation to observe the precepts and regulations adopted by the residents' association in accordance with said law------------------------------------------------------------

---**Diez [10]:** Manifiesta la Parte Compradora que en esta fecha se otorgará una escritura de primera hipoteca para garantizar el pago de un préstamo hipotecario originado con The Money House, Inc. cuyo producto será utilizado para pagar parte del precio de la presente compraventa.----------------------------------------------

---**Ten [10]:** Buyers hereby state and affirm that on this same date they will execute a first mortgage deed to secure the payment of a mortgage loan originated with The Money House, Inc. the proceeds of which shall be used to pay part of the sales price of the property.---------------------------------------------------

---**QUINTO:** Manifiestan La compradora que a instancias del Vendedor han examinado e inspeccionado cuidadosamente el inmueble objeto de esta compraventa; que conoce el estado de la misma y que compra y acepta el inmueble como está ["**as is**"], y que por lo tanto, no tiene obligación el Vendedor de realizar reparaciones o mejora alguna a la misma como condición para la compraventa.------

--- **FIFTH:** The Buyers acknowledge that, upon request of the Seller, they carefully inspected the property subject of this transaction; that they know the physical state of the property and that they buy and accept it ["**as is**"], therefore, the Seller does not have any obligation of making any improvements as a condition for this transaction.---

-------- ----- ACEPTACION Y ADVERTENCIAS LEGALES ----------- 
-------- ----- ----ACCEPTANCE AND LEGAL WARNINGS ---------- ---



---Se le advierte a las partes, en especial a La compradora, que de la residencia que enclava en el solar objeto de esta compraventa, haber sido construida con anterioridad al año mil novecientos setenta y ocho (1978), le es de aplicación la Ley para la Reducción de los Riesgos Provocados por la Pintura a Base de Plomo en Viviendas Residenciales, también conocida como la "Residential Lead Base Paint Hazard Act, 42 USC & 4851et seq". Dicha ley impone a la parte vendedora y a su agente o corredor, de haberlo, y antes de que La compradora quede obligado bajo un contrato, la obligación de: divulgar su conocimiento sobre la presencia de pintura a base de plomo o de cualquier peligro conocido en la propiedad asociado con ésta; proveer cualquier informe o evaluación sobre plomo que tuviera disponible; proveer un período de diez (10) días para que La compradora inspeccione la propiedad a tales fines; debe proveer folleto informativo preparado por la Agencia para la Protección Ambiental ("Environmental Protection Agency"). Es necesario que al

contrato de compraventa se le haya anejado un documento con las firmas de las partes confirmando el cumplimiento de lo antes dichos requisitos. Dicho contrato y su anejo debe ser conservado por un período de tres (3) años por la Parte Vendedora y su agente. El no cumplir con los requisitos de esta Ley expone a la Parte Vendedora a responder civilmente por los daños. Conociendo el contenido de la presente advertencia ambas partes se manifiestan conformes y continúan con la presente compraventa. ------

---Please be advised the parties, especially the Buyer, that the residence nestled on the site subject of this sale, it was built before the year nineteen seventy-eight (1978), it applies Law for the Reduction of Risks Caused by Lead-Based Paint in Residential Homes, also known as the "Residential Lead Base Paint Hazard Act, 42 USC & 4851et seq. This law requires the seller and his agent or broker, if any, and before the buyer is obligated under a contract, an obligation: to disseminate knowledge about the presence of lead-based paint or any known risk property associated with it, provide any reports or evaluations for lead that had available, providing a period of ten (10) days for the buyer to inspect the property for those purposes must provide information booklet prepared by the Environmental Protection Agency ("Environmental Protection Agency). It is necessary that the contract of sale is a document you have attached additional information with the signatures of the parties confirming compliance with these requirements before. The seller and his agent should preserve the contract and its annex for a period of three (3) years. Failure to comply with the requirements of the Act exposes the seller to respond civilly for damages. Knowing the content of this warning both parties and continue to demonstrate conformity with this purchase. ------

--Las partes aceptan esta escritura en todas sus partes por encontrarla la misma redactada de acuerdo con sus instrucciones.------

---The parties accept this deed in all its parts stating they find the same drafted in accordance with their instructions. ------

---Yo, el Notario, **DOY FE** de haber hecho a los comparecientes las advertencias legales necesarias y pertinentes a este acto, en particular hago constar que hice las siguientes------

---I, the Notary, **GIVE FAITH** of having given the appearing parties all necessary and pertinent legal warnings relating to this act, specially I gave them the following:------

---[A] He advertido a los comparecientes, sobre todo a La compradora, de su derecho a examinar el Registro de la Propiedad, y el de obtener un estudio de título con relación a las cargas y gravámenes u otros derechos inmobiliarios sobre la propiedad objeto de esta compraventa; que en este caso ni el Notario autorizante ni los comparecientes han examinado personalmente el Registro, que no obstante, se obtuvo un estudio de título, preparado por un investigador de títulos y que el hecho de haber obtenido dicho estudio no constituye garantía de inexistencia de gravámenes, ya que éstos podrían haberse constituido con posterioridad al examen registral o a la fecha en que se hubiera realizado este estudio de título.------



---[A] I advised the appearing parties, especially the Buyers, of their right to examine the Registry of Property, and of the importance of obtaining a title study in relation to any liens, encumbrances of other real property rights affecting the Property object of this sale; that in this particular case, the Authorizing Notary, nor the appearing parties have personally examined the Registry of Property; that notwithstanding that, a title search report was prepared by a title investigator and that the fact that said study was obtained does not constitute guaranty of the lack of existence of liens or encumbrances, since these may have constituted after the Registry examination or the date of this title study was performed.------

---El referido estudio de título fue utilizado para preparar esta escritura, y el Notario suscribiente no asume responsabilidad por la corrección, exactitud y o integridad de dicho estudio.------

---Said title search report was used to prepare this deed, and this Notary, assume no responsibility as to the accuracy, correctness and or completeness of said title search report.------

---Las partes aceptan el estudio de título preparado para esta transacción.------------

---The appearing parties accept the title search report prepared for this transaction.--

---Los comparecientes relevan al Notario suscribiente de toda responsabilidad por errores y/o omisiones en el referido estudio de título; y / o por cambios en la propiedad o sus cargas o gravámenes que puedan ocurrir entre la fecha del estudio de título y la fecha en que esta escritura sea presentada al Registro para inscripción.-

---The appearing parties relieve the Notary executing this Deed from any responsibility due to errors and or omissions in said title search report and or any changes in the title of the property or in its liens and encumbrances that might occur between the date of the title search report and the date this deed is presented in the Registry for inscription. ----------------------------------------------------------------------

--- [B] Les he advertido lo siguiente: --------------------------------------------------------

--- [B] I have advised them about the following: ---------------------------------------------

---La importancia de presentar esta escritura pública en el Registro de la Propiedad, haciendo constar, además el costo de la inscripción, así como el deber de tramitar el correspondiente traspaso ante el Departamento de Hacienda y el Centro de Recaudación de Ingresos Municipales [CRIM].-----------------------------------------------

----The importance of recording this public deed at the Registry of Property, having indicated to them of the cost of such recording, as well as the duty of procure the correspondent transfers before the Department of the Treasury and el "Centro de Recaudación de Ingresos Municipales [CRIM]".----------------------------------------------

---Las responsabilidades y consecuencias que podrían resultar de no presentar esta escritura pública.----------------------------------------------------------------------------------

---The responsibilities and consequences that could result of not recording this public deed. ----------------------------------------------------------------------------------------------

---Los deberes y consecuencias fiscales de este acto. ------------------------------------

---The fiscal duties and consequences of this act. ----------------------------------------

---Del derecho que tienen los comparecientes a requerir la presencia de testigos.------

---Of the right of the appearing parties have of requiring the presence of witnesses. ---

---De encontrarse esta propiedad en una zona inundable, La compradora queda obligada a cumplir con los requerimientos y disposiciones del Reglamento sobre Zonas Susceptibles de Inundación para cualquier construcción, uso o desarrollo. ---

---If the real property is within a floodable zone, the Buyers will have to comply with the requirements and dispositions of the Regulation on Floodable zones for any construction, use or development-----------------------------------------------------------------

---Del derecho a leer la presente escritura por sí mismos, lo que hicieron.--------------

---To their right to read the Deed by themselves, which they did. -------------------------

---Las partes declaran haber entendido todas las advertencias legales y sus posibles consecuencias legales de todo lo explicado a ellos.-----------------------------------------

---The parties represent that they have understood all legal warnings and the possible legal consequences of everything explained to them. ---------------------------------------

---Las partes acuerdan que si cualquier cláusula o disposición de esta escritura hecha en el idioma inglés contradijera su contraparte en el idioma español, prevalecerá la interpretación en español.--------------------------------------------------------

---The parties also have agreed that if any clause or disposition in this deed described



in the English language contradicts its counterpart in the Spanish language, the Spanish interpretation will prevail. ------------------------------------------------------

—Las partes, luego de haber leído el contenido de esta escritura, se ratifican en ella y confirman las expresiones contenidas aquí, y en consecuencia, cada uno de los comparecientes colocan sus iniciales todos y cada uno de los folios y firman el original al final de esta escritura, ante mí, el Notario. De todo lo cual, bajo mi firma, sello, signo y rúbrica, y conforme a Derecho, yo, el Notario, **DOY FE.**-------------

---After having read the contents of this Deed, the appearing parties fully ratified and confirmed the statements contained herein, and thereupon each of the appearing parties affixes his initials on each and every page and signs the original at the end of this deed, before me, the Notary. To all of which, under my signature, seal, mark and flourish and according to law, I, the undersigned Notary, **GIVE FAITH.** ------------

---FIRMADO: **JOSÉ OSVALDO MARTÍNEZ DÍAZ Y JOHANNA CARRERAS FIGUEROA.**-----------------------------------------------------------------------------

—FIRMADO, SIGNADO, SELLADO Y RUBRICADO: **JORGE FERNANDO COLÓN MUNTANER,** Abogado Notario. ----------------------------------------------------------

---Hay cancelados en el original los correspondientes sellos de Rentas Internas, Impuesto Notarial y Asistencia Legal. ------------------------------------------------

---Las iniciales de los otorgantes aparecen estampadas en cada uno de los folios del original de esta escritura y la misma está sellada y rubricada en todas sus hojas.——

---CERTIFICO: Que la que precede es copia fiel y exacta de su original, que obra en mi protocolo de instrumentos públicos para el año dos mil dieciséis (2016), la cual contiene **diez (10)** folios. ------------------------------------------------

—EN TESTIMONIO DE LO CUAL, expido esta **primera copia certificada** a solicitud La compradora, en San Juan, Puerto Rico, hoy doce (12) de julio de dos mil dieciséis (2016).--------------------------------------------------------------------------------





NOTARIO PÚBLICO

CK    5115
03/08/2016
$1.00
$1 Impuesto Notarial
53990-2016-0328-61026109





Sello



Sello



**DEPARTAMENTO de JUSTICIA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## CERTIFICACIÓN DEL NOTARIO QUE PRESENTA DOCUMENTO EN EL REGISTRO DE LA PROPIEDAD INMOBILIARIA DE PUERTO RICO POR LA VÍA TELEMÁTICA

**Certifico:** Que la copia certificada de la escritura/documento _CV- Hoga Seguro - 300_

(número/tipo de documento) autorizada por _Digo Y. Colón_ (nombre

del notario/funcionario) en _12 julio 16_ (fecha), y que en formato PDF

estoy presentando al Registro de la Propiedad, es una copia fiel y exacta de la copia

certificada de dicha escritura/documento.

En _SS. PR_ / _12 julio 16_ (lugar y fecha),

_____

(firmado, signado, sellado y rubricado por el notario).

 **Karibe**

---

⊞ HU01 - Humacao: Sección I                                    🛒  👤

| Buscar |

**Resultado: 2**

Resultados por pagina:  | 10 ▼ |

| Asiento | Documento | Finca | Fecha Presentación | Transacciones | Acciones | Tipo Presentación |
|---------|-----------|-------|--------------------|---------------|----------|-------------------|
| 2016-067221-HU01 | Karibe | 14436-HU0102 | 20/7/2016 2:54:53 pm | Compraventa, Designación de Hogar Seguro por Inscripción | ↺ 🔗 | 👤 |
| 2016-067228-HU01 | Karibe | 14436-HU0102 | 20/7/2016 3:00:37 pm | Hipoteca | ↺ 🔗 | 👤 |

Exhibit VII

 Karibe

| Demarcación | Localización | Finca | Titular(es) | Registral | Acciones |
|---|---|---|---|---|---|
| HU0102 - Las Piedras | OLYMPIC VILLE | 14436 | JOHANNA CARRERAS FIGUEROA, The Money House, Inc. | Número de Catastro: 253-088-408-52. Urbana: URBANIZACIÓN OLYMPIC VILLE de Las Piedras. Solar: C-9. Cabida: 382.8 Metros Cuadrados | |

Cont. Exhibit VII



| Num. INSCRIPCION | FINCA NÚMERO: 14636 DEMARCACIÓN: HU0102 - Las Piedras |
|---|---|

**6**

Venta Judicial (Ejecución de Hipoteca)

**DESCRIPCIÓN:** Número de Catastro: 253-088-408-52-000. Urbana: URBANIZACIÓN OLYMPIC VILLE de Las Piedras. Solar: C-9. Cabida: 352.8 Metros Cuadrados. **LINDEROS:NORTE,** con una alineación de 24.50 metros, con el solar número 8-C. **SUR,** con una alineación de 24.50 metros, con el solar número 10-C. **ESTE,** con una alineación de 14.40 metros, con calle número 5. **OESTE,** con una alineación de 13.80 metros, con el solar número 5-B. Enclava una casa de concreto de diseñada para fines residenciales para una familia, construida de acuerdo a los planos y especificaciones. TRACTO: Es segregación de la finca 13899.

**TITULAR:** Inscrita a favor de Maritza Cabrera Cabrera, según la inscripción 4. .

**CARGAS:** Afecta por su procedencia a Servidumbre a favor de Puerto Rico Telephone Company, Inc. , Autoridad de Acueductos y Alcantarillados de Puerto Rico , Autoridad de Energía Eléctrica de Puerto Rico quien adquirió por Servidumbre, con un valor de $0.00, según inscripción 1; Condiciones Restrictivas a favor de Finca 13899 de Las Piedras quien adquirió por Condiciones Restrictivas, con un valor de $0.00, según inscripción 1; y por si a Hipoteca a favor de RBS Mortgage Corporation por la suma $123,250.00, según inscripción 5ª, lo cual fue modificada y ampliada posteriormente por Ley 216, según surge de la inscripción 3ª y aclarada al margen de la 5ª inscripción.; Anotación de Demanda a favor de Firstbank Puerto Rico quien adquirió por Anotación de Demanda, con un valor de $126,813.79, según inscripción A

**TRANSACCIÓN:** VENTA JUDICIAL. Es objeto de inscripción la hipoteca a favor de RBS Mortgage Corporation por la suma de $123,250.00, que resulta de la inscripción 5ª, la cual es objeto de ejecución..

**DEMANDANTE:** Firstbank Puerto Rico

**DEMANDADO:** Maritza Cabrera CabreraSe dictó Sentencia, la cual es final y firme, mediante la cual se ordenó la venta en pública subasta de esta finca por el

*exhibit IX*

**PRECIO MÍNIMO DE SUBASTA:** $124,274.52.Habiéndose cumplido con todos los requisitos de ley, llegada la fecha señalada para la segunda subasta, se celebró la misma adjudicándose la buena pro a favor del **COMPRADOR:** Lime Residential, LTD.,.

**PRECIO DE VENTA:** $82,849.68. Por documento que se relacionará, comparece La Administración de los Tribunales del Estado Libre Asociado de Puerto Rico, representada por su alguacil Wilnelia Rivera Delagado, mayor de edad, casada y vecina de Humacao, con facultades acreditadas , quien VENDE Y TRASPASA esta finca a favor de dicho postor, por el precio antes mencionado. El notario da fe de haber cancelado el pagaré garantizado por la hipoteca objeto de ejecución.

**CANCELACIÓN DE CRÉDITOS POSTERIORES:** Se cancela Anotación de Aviso de Demanda con la letra A ascedente a la suma de $126,813.79 por confusión de derecho.

**OBSERVACIONES/CONDICIONES:** Las demás condiciones que surgen del documento.

**DOCUMENTOS COMPLEMENTARIOS:** Otros: Documentos relacionados al Caso Civil Número HSCI2011-1298 sobre cobro de dinero y ejecución de hipoteca por la vía ordinaria seguida en la Sala Superior del Tribunal de Primera Instancia, Centro Judicial de Humacao..

**DATOS DEL DOCUMENTO PRESENTADO:** Escritura 81 otorgada en Humacao, Puerto Rico, el 22 de febrero de 2016, ante el notario GEORGETTE M RODRIGUEZ FIGUEROA . Presentada a la(s) 9:18AM el 26 de abril de 2016, al asiento 2016-030900-HU01.

**ARANCELES:** $450.00.

**FIRMADO ELECTRÓNICAMENTE POR:** Miguel A Hernandez Sanabria Registrador EL 15 DE JUNIO DE 2020, 8:07AM

 **CODIGO VALIDACIÓN:** 2e788afe-44fc-42cf-a13e-27569bbe4c50

**NOTA MARGINAL:** 5.1

**TRANSACCIÓN:** CANCELACIÓN TOTAL.

**TÍTULO QUE SE CANCELA:** Hipoteca a favor de RBS Mortgage Corporation, que resulta de la inscripción 5ª, lo cual fue modificada y ampliada posteriormente por Ley 216, según surge de la inscripción 3ª.

**VALOR:** $123,250.00

**COMPARECIENTE:** Lime Residential, LTD.,, tenedor por endoso del pagaré.

**RAZÓN DE CANCELACIÓN:** Por haber sido ejecutada en pública subasta la hipoteca y el aviso de demanda.

**OBSERVACIONES/CONDICIONES:** El notario da fe de haber cancelado el pagaré.

**DOCUMENTOS COMPLEMENTARIOS:** Otros: Documentos relacionados al Caso Civil Número HSCI2011-1298 sobre cobro de dinero y ejecución de hipoteca por la vía ordinaria seguida en la Sala Superior del Tribunal de Primera Instancia, Centro Judicial de Humacao..

**DATOS DEL DOCUMENTO PRESENTADO:** Escritura 81 otorgada en Humacao, Puerto Rico, el 22 de febrero de 2016, ante el notario

GEORGETTE M RODRIGUEZ FIGUEROA . Presentada a la(s) 9:18AM el 26 de abril de 2016, al asiento 2016-030900-HU01.

**ARANCELES:** $450.00.

**FIRMADO ELECTRÓNICAMENTE POR:** Miguel A Hernandez Sanabria Registrador EL 15 DE JUNIO DE 2020, 8:07AM

**CODIGO VALIDACIÓN:** 2e788afe-44fc-42cf-a13e-27569bbe4c50

Cancelación de Gravámenes Posteriores en Libros Auxiliares, Cancelación de Gravámenes Posteriores en Libros Auxiliares

**DESCRIPCIÓN:** Número de Catastro: 253-088-408-52-000. Urbana: URBANIZACIÓN OLYMPIC VILLE de Las Piedras. Solar: C-9. Cabida: 352.8 Metros Cuadrados. **LINDEROS:NORTE,** con una alineación de 24.50 metros, con el solar número 8-C. **SUR,** con una alineación de 24.50 metros, con el solar número 10-C. **ESTE,** con una alineación de 14.40 metros, con calle número 5. **OESTE,** con una alineación de 13.80 metros, con el solar número 5-B. Enclava una casa de concreto de diseñada para fines residenciales para una familia, construida de acuerdo a los planos y especificaciones. TRACTO: Es segregación de la finca 13899.

**TITULAR:** Inscrita a favor de Lime Residential, LTD.,, según la inscripción 6. .

**CARGAS:** Afecta por su procedencia a Servidumbre a favor de Puerto Rico Telephone Company, Inc. , Autoridad de Acueductos y Alcantarillados de Puerto Rico , Autoridad de Energía Eléctrica de Puerto Rico , con un valor de $0.00; Condiciones Restrictivas a favor de Finca 13899 de Las Piedras , con un valor de $0.00

**TRANSACCIÓN:** CANCELACIÓN DE GRAVÁMENES POSTERIORES EN LIBROS AUXILIARES.

**DESCRIPCIÓN DEL EMBARGO O SENTENCIA EN LIBROS AUXILIARES:**

**A FAVOR DE:** Lime Residential, LTD.,.

**VALOR EMBARGO O SENTENCIA:** $1,710.00.

**DATOS DE ANOTACIÓN:** Sentencia a favor de Asociación de Residentes de la Urbanización Olympic Ville, Inc , en el caso civil número HBCI2006-00368, el 9 de enero de 2007, sobre cobro de dinero, anotado el 17 de mayo de 2010 al folio 73 en el Libro 6 de Sentencias.

**OBSERVACIONES /CONDICIONES:** Se libera la finca de dicha carga por ser un gravamen posterior al crédito ejecutado y por ordenarlo así el Juez del Tribunal de Primera Instancia luego de cumplidos los trámites de rigor.

**TRANSACCIÓN:** CANCELACIÓN DE GRAVÁMENES POSTERIORES EN LIBROS AUXILIARES.

**DESCRIPCIÓN DEL EMBARGO O SENTENCIA EN LIBROS AUXILIARES:**

**A FAVOR DE:** Lime Residential, LTD.,.

**VALOR EMBARGO O SENTENCIA:** $9,340.82.

**DATOS DE ANOTACIÓN:** Embargo Federal a favor de Estados Unidos de América, con el número de notificación 373684307, anotado el 3 de julio de 2007, asiento 1, al folio 157 en el Libro 5 de Embargo Federal.

**OBSERVACIONES /CONDICIONES:** Se libera solamente la finca que aquí se relaciona de dicha carga por ser un gravamen posterior al crédito ejecutado y por ordenarlo así el tribunal luego de cumplidos los trámites de rigor.

**DOCUMENTOS COMPLEMENTARIOS:** Ninguno.

**DATOS DEL DOCUMENTO PRESENTADO:** Mandamiento expedida por el/la Tribunal de Primera Instancia, Sala de Humacao en el caso Caso Civil número HSCI2011-1298 sobre Cobro de Dinero y Ejecucion de Hipoteca, Parte

**DEMANDANTE:** Lime Residential, LTD., Parte Demandada: Maritza Cabrera cabrera y Cesar Alfredo Ortiz Sanchez, el día 29 de enero de 2016. Presentada a la(s) 3:18PM el 30 de junio de 2016, al asiento: 2016-059358-HU01.

**ARANCELES:** $4.00.

**FIRMADO ELECTRONICAMENTE POR:** Miguel A Hernandez Sanabria Registrador EL 15 DE JUNIO DE 2020, 8:16AM

**CODIGO VALIDACIÓN:** 0cae653d-79bc-44c7-b30b-5eca9906f1ce

**DESCRIPCIÓN:** Número de Catastro: 253-088-408-52-000. Urbana: URBANIZACIÓN OLYMPIC VILLE de Las Piedras. Solar: C-9. Cabida: 352.8 Metros Cuadrados. **LINDEROS:NORTE,** con una alineación de 24.50 metros, con el solar número 8-C. **SUR,** con una alineación de 24.50 metros, con el solar número 10-C. **ESTE,** con una alineación de 14.40 metros, con calle número 5. **OESTE,** con una alineación de 13.80 metros, con el solar número 5-B. Enclava una casa de concreto de diseñada para fines residenciales para una familia, construida de acuerdo a los planos y especificaciones. TRACTO: Es segregación de la finca 13899.

**TITULAR:** Inscrita a favor de Lime Residential, LTD.,, según la inscripción 6. .

**CARGAS:** Afecta por su procedencia a Condiciones Restrictivas y a servidumbres Puerto Rico Telephone Company, Inc., Autoridad de Acueductos y Alcantarillados de Puerto Rico, Autoridad de Energía Eléctrica de Puerto Rico

**TRANSACCIÓN:** COMPRAVENTA.

**COMPRADOR:** JOHANNA CARRERAS FIGUEROA, soltero/a, mayor de edad, empleada y vecina de Las Piedras.

**VALOR TRANSACCIÓN:** $100,000.00.

**OBSERVACIONES /CONDICIONES:** Sujeta a las demás condiciones que surgen del documento.

**TRANSACCIÓN:** DESIGNACIÓN DE HOGAR SEGURO. El titular manifiesta que conforme a la Ley 195 del 13 de septiembre de 2011, conocida como "Ley del Derecho de Protección del Hogar Principal y el Hogar Familiar", designa esta propiedad como su hogar seguro.

**OBSERVACIONES/CONDICIONES:** Sujeta a las demás condiciones que surgen del documento.

**DOCUMENTOS COMPLEMENTARIOS:** Ninguno.

**DATOS DEL DOCUMENTO PRESENTADO:** Escritura 300 otorgada en San Juan, Puerto Rico, el 12 de julio de 2016, ante el notario JORGE F COLÓN MUNTANER . Presentada a la(s) 2:54PM el 20 de julio de 2016, al asiento 2016-067221-HU01.

**ARANCELES:** $350.00.

**FIRMADO ELECTRONICAMENTE POR:** Miguel A Hernandez Sanabria Registrador EL 20 DE JULIO DE 2020, 2:06PM

**CODIGO VALIDACIÓN:** 7f322193-c85e-4d85-a012-f01044ba1349

9

Hipoteca

**DESCRIPCIÓN:** Número de Catastro: 253-088-408-52-000. Urbana: URBANIZACIÓN OLYMPIC VILLE de Las Piedras. Solar: C-9. Cabida: 352.8 Metros Cuadrados. **LINDEROS:NORTE,** con una alineación de 24.50 metros, con el solar número 8-C. **SUR,** con una alineación de 24.50 metros, con el solar número 10-C. **ESTE,** con una alineación de 14.40 metros, con calle número 5. **OESTE,** con una alineación de 13.80 metros, con el solar número 5-B. Enclava una casa de concreto de diseñada para fines residenciales para una familia, construida de acuerdo a los planos y especificaciones. TRACTO: Es segregación de la finca 13899.

**TITULAR:** Compraventa a favor de JOHANNA CARRERAS FIGUEROA, quien adquirió por Compraventa, con un valor de $100,000.00, tipo Escritura Pública número 300 otorgada en San Juan a 12 de julio de 2016 ante el Notario Público JORGE F COLÓN MUNTANER, según la inscripción 8. .

**CARGAS:** Afecta por su procedencia a Condiciones Restrictivas y servidumbres a favor de Puerto Rico Telephone Company, Inc., Autoridad de Acueductos y Alcantarillados de Puerto Rico, Autoridad de Energía Eléctrica de Puerto Rico; y por si a Designación de Hogar Seguro por Inscripción a favor de JOHANNA CARRERAS FIGUEROA quien adquirió por Designación de Hogar Seguro por Inscripción, con un valor de $0.00, tipo Escritura Pública número 300 otorgada en San Juan a 12 de julio de 2016 ante el Notario Público JORGE F COLÓN MUNTANER

**TRANSACCIÓN:** HIPOTECA EN GARANTÍA DE PAGARÉ.

**A FAVOR DE:** The Money House, Inc..

**VALOR TRANSACCIÓN:** $105,912.00.

**INTERESES:** Al 3½% anual.

**FECHA DE VENCIMIENTO:** El 1 de agosto de 2046.

**NÚMERO DE TESTIMONIO:** 6988.

**CRÉDITOS ADICIONALES:** Se garantizan tres sumas adicionales equivalentes al 10% de la cuantía original del principal del pagaré cada una para cubrir intereses además de los garantizados por ley; para cubrir costas, gastos y honorarios de abogado en caso de reclamación judicial, y para cualquier otro anticipo que pueda hacerse bajo esta hipoteca.

**TASACIÓN:** Se tasa en una cantidad equivalente al principal original del pagaré, como tipo mínimo para la primera subasta.

**OBSERVACIONES /CONDICIONES:** Sujeto a las demás condiciones que constan del documento.

**DOCUMENTOS COMPLEMENTARIOS:** Ninguno.

**DATOS DEL DOCUMENTO PRESENTADO:** Escritura 369 otorgada en San Juan, Puerto Rico, el 12 de julio de 2016, ante el notario PRISCILLA M SANTIAGO ACOSTA . Presentada a la(s) 3:00PM el 20 de julio de 2016, al asiento 2016-067228-HU01.

**ARANCELES:** $374.00.

**FIRMADO ELECTRONICAMENTE POR:** Miguel A Hernandez Sanabria Registrador EL 20 DE JULIO DE 2020, 2:09PM

**CODIGO VALIDACIÓN:** d1ec93d4-3c1a-49dc-9b5d-dbbf2b08a373

JOHANNA CARRERAS FIGUEROA
URB OLYMPIC VILLE
BUZON 153
LAS PIEDRAS, PR 00771

KINUM INC
770 LYNNHAVEN PKWY
SUITE 160
VIRGINIA BEACH, VA 23452

OSVALDO MOREL GONZALEZ
URB OLYMPIC VILLE
BUZON 153
LAS PIEDRAS, PR 00771

MIDLAND CREDIT MANAGEMENT INC
2365 NORTHSIDE DRIVE SUITE 300
SAN DIEGO, CA 92108

ADELA L TORRUELLA
ADELA TORRUELLA LAW OFFICES PSC BOX 1432
PO BOX 4040
SUITE 305
JUNCOS, PR 00777

PENTAGON FEDERAL CREDIT UNION
BOX 1432
ALEXANDRIA, VA 22313-2032

AEELA
PO BOX 364508
SAN JUAN, PR 00936-4508

PENTAGON FEDERAL CREDIT UNION
PO BOX 1445
ALEXANDRIA, VA 22313-2045

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936

SCOTIABANK
PO BOX 362230
SAN JUAN, PR 00936

BPPR
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR 00936-6818

TOYS R US/SYNCHRONY BANK
PO BOX 965060
ORLANDO, FL 32896-5060

CICA COLLECTION AGENCY, INC
PO BOX 12338
SAN JUAN, PR 00914-0338

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

HOSPITAL ORIENTE INC
PO BOX 699
HUMACAO, PR 00792